Thomas R. McCarthy
Bryan Weir
Cameron T. Norris
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
Ph.: (703) 243-9423
Email: tom@consovoymccarthy.com

Michael L. Testa Jr.
TESTA HECK TESTA & WHITE P.A.
424 W. Landis Avenue
Vineland, NJ 08360
Ph.: (856) 691-2300
Email: mtestajr@testalawyers.com

*Counsel for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., REPUBLICAN NATIONAL COMMITTEE, NEW JERSEY REPUBLICAN STATE COMMITTEE, | No. |
| Plaintiffs, | |
| v. | CIVIL ACTION |
| PHILIP D. MURPHY, in his official capacity as Governor of New Jersey, TAHESHA WAY, in her official capacity as Secretary of State of New Jersey, | |
| Defendants. | |

**CERTIFICATION OF THOMAS R. McCARTHY IN SUPPORT OF
APPLICATION FOR ADMISSION PRO HAC VICE**

**I, Thomas R. McCarthy**, of full age, hereby certifies as follows:

1.     I am an attorney with the law firm of Consovoy McCarthy PLLC of 1600 Wilson

Boulevard, Suite 700, Arlington, Virginia 22209.

1

2.      I am member in good standing of the bars of the Commonwealth of Virginia, the

District of Columbia, and various federal courts, as follows:

| Bar | Year of Admission | Address |
| --- | --- | --- |
| Virginia | 2001 | Virginia State Bar<br>1111 East Main Street<br>Suite 700<br>Richmond, VA 23219 |
| Washington, D.C. | 2004 | The District of Columbia Bar<br>901 4th Street, NW<br>Washington, D.C. 20001 |
| United States Supreme Court | 2011 | Supreme Court of the<br>United States<br>1 First Street, NE<br>Washington, DC 20543 |
| Court of Federal Claims | 2017 | Howard T. Markey National<br>Courts Building<br>717 Madison Place, NW<br>Washington, DC 20439 |
| United States Court of Appeals ("USCA") for the D.C. Circuit | 2004 | E. Barrett Prettyman<br>U.S. Courthouse<br>333 Constitution Ave., NW<br>Washington, DC 20001 |
| USCA 1st Circuit | 2019 | John Joseph Moakley U.S.<br>Courthouse<br>1 Courthouse Way<br>Boston, MA 02210 |
| USCA 2nd Circuit | 2014 | Thurgood Marshall U.S.<br>Courthouse<br>40 Foley Square<br>New York, NY 10007 |
| USCA 4th Circuit | 2001 | Lewis F. Powell Jr.<br>Courthouse & Annex<br>1100 East Main Street<br>Suite 501<br>Richmond, VA 23219 |

| USCA 5th Circuit | 2009 | 600 S. Maestri Place Suite 115 New Orleans, LA 70130 |
|---|---|---|
| USCA 9th Circuit | 2004 | 95 7th St San Francisco, CA 94103 |
| USCA 10th Circuit | 2012 | Byron White Court House 1823 Stout Street Denver, CO 80257 |
| E.D. of Va. | 2008 | 701 E Broad St Richmond, VA 23219 |
| District of D.C. | 2007 | 333 Constitution Ave. N.W. Washington D.C. 20001 |
| District of Conn. | 2015 | Richard C. Lee U. S. Courthouse 141 Church Street New Haven, CT 06510 |

3. I am not under suspension or disbarment in any jurisdiction or court. No disciplinary proceedings are pending against me in any jurisdiction and no discipline has previously been imposed on me in any jurisdiction.

4. I submit this certification in support of the application by Plaintiffs to permit me to appear and participate, *pro hac vice*, as counsel for Plaintiffs at pre-trial proceedings and at trial of the above-captioned action.

5. I have extensive experience with election law matters and the other issues and legal aspects presented in this litigation.

6. I am associated in this matter with Michael L. Testa, Jr., a partner with Testa Heck Testa & White, P.A., who is the attorney of record for Plaintiffs, is authorized to practice law in New Jersey, and is a member in good standing of the bar of this Court.

7. Upon being admitted to appear and participate in this matter, *pro hac vice* I shall

promptly make payment to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a), for any year in which I continue to appear in this matter.

8.      Upon being admitted to appear and participate in this matter, *pro hac vice*, I shall also promptly make payment to the Clerk of the United States District Court for the District of New Jersey as provided by L. Civ. R. 101.1(c)(3).

9.      Pursuant to L. Civ. R. 101.1(c)(4), I understand that upon admission, *pro hac vice*, I am deemed to have agreed to take no fee in any tort case in excess of New Jersey's contingency fee Court Rule, 1:21-7, as amended.

10.      I understand that upon admission, *pro hac vice*, I am subject to the orders and amenable to disciplinary action and the civil jurisdiction of this Court and the New Jersey State Bar in all respects as if I were regularly admitted and a licensed member of the Bar of the State of New Jersey. I agree to notify the Court immediately of the institution of any disciplinary proceedings against me or any matter affecting my standing at the bar of any other court or jurisdiction.

11.      For the foregoing reasons, it is respectfully requested that the Court grant Plaintiffs' application to have me admitted *pro hac vice* to appear and participate as counsel in this matter pursuant to L. Civ. R. 101.1(c).

I declare under penalty of perjury that the foregoing is true and correct based upon my personal knowledge.

Dated: August 19, 2020

THOMAS R. McCARTHY