Thomas R. McCarthy
Bryan Weir
Cameron T. Norris
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
Ph.: (703) 243-9423
Email: tom@consovoymccarthy.com

Michael L. Testa Jr.
TESTA HECK TESTA & WHITE P.A.
424 W. Landis Avenue
Vineland, NJ 08360
Ph.: (856) 691-2300
Email: mtestajr@testalawyers.com

*Counsel for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., REPUBLICAN NATIONAL COMMITTEE, NEW JERSEY REPUBLICAN STATE COMMITTEE, | Docket No.: 3:20-cv-10753 |
| Plaintiffs, | |
| v. | CIVIL ACTION |
| PHILIP D. MURPHY, in his official capacity as Governor of New Jersey, TAHESHA WAY, in her official capacity as Secretary of State of New Jersey, | |
| Defendants. | |

**CERTIFICATION OF MICHAEL L. TESTA, JR. IN SUPPORT OF APPLICATION
FOR ADMISSION PRO HAC VICE OF CAMERON T. NORRIS, ESQ.**

**I, Michael L. Testa, Jr.**, of full age, hereby certifies as follows:

1.    I am an attorney-at-law admitted and currently in good standing to practice law in

the State of New Jersey and before the District of New Jersey, and am a partner with the law firm

1

of Testa Heck Testa & White, P.A., of 424 W. Landis Avenue, Vineland, New Jersey 08360.

2.      I am not under suspension or disbarment by any court.

3.      I submit this Certification in support of the application by the Plaintiffs for the admission *pro hac vice* of Cameron T. Norris, Esq. of the law firm Consovoy McCarthy PLLC, 1600 Wilson Boulevard, Suite 700, Arlington, Virginia 22209, to appear in this action as co-counsel for the Plaintiffs.

4.      Pursuant to L. Civ. R. 101.1, I understand that all pleadings, briefs, stipulations and other papers filed with the Court shall be signed by me or another attorney associated with Testa Heck Testa & White, P.A. Further, I agree to promptly notify the attorneys admitted *pro hac vice* of the receipt of all notices, orders and pleadings.

5.      Pursuant to L. Civ. R. 101.1, I understand that I shall be held responsible for the conduct of the case and shall be present before the Court during all phases of these proceedings, unless expressly excused by the Court, as well as be held responsible for the conduct of the attorneys admitted *pro hac vice*.

6.      On behalf of the Plaintiffs, I respectfully request that the Court grant their application to have Cameron T. Norris, Esq., admitted *pro hac vice* to appear and participate in this matter pursuant to L. Civ. R. 101.1(c).

I declare under penalty of perjury that the foregoing is true and correct based upon my personal knowledge.


Dated: August 19, 2020                                    s/ *Michael L. Testa, Jr.*
                                                          MICHAEL L. TESTA, JR.
                                                          Attorney for Plaintiffs


2