HERMAN LAW OFFICES, LLC
ROBERT D. HERMAN, ESQ.
NEW JERSEY ATTORNEY ID. NO. 000911998
222 NEW ROAD, SUITE 106
LINWOOD, NJ 08221
rdhesq1@msn.com
(609) 601-8750
FAX: (609) 454-0094
ATTORNEY FOR DEFENDANT

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **DONALD J. TRUMP FOR PRESIDENT, INC., REPUBLICAN NATIONAL COMMITTEE, NEW JERSEY REPUBLICAN STATE COMMITTEE,**<br><br>Plaintiffs,<br><br>v.<br><br>**PHILIP D. MURPHY, in his official capacity as Governor of New Jersey, TAHESHA WAY, in her official capacity as Secretary of State of New Jersey,**<br><br>Defendants. | DOCKET NO. 3:20-cv-10753<br><br><br><br>NOTICE OF MOTION TO INTERVENE PURSUANT TO *F.R.C.P.* 24 AND IN THE ALTERNATIVE TO SUBMIT A BRIEF AS *AMICUS CURIAE* PURSUANT TO *F.R.C.P.* 29 |

To:

Thomas R. McCarthy, Esq.
Consovoy McCarthy PLLC
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
via PACER and Email at
tom@consovoymccarthy.com

Michael L. Testa Jr., Esq.
Testa Heck Testa & White, P.A.
424 West Landis Avenue
Vineland, NJ 08360
via PACER and Email at
mtestajr@testalawyers.com

PLEASE TAKE NOTICE that on a time and date to be assigned by the Court, the undersigned, attorney for Proposed Intervenor Atlantic County Democratic Committee, shall move for an Order of the Court before the Honorable Michael A. Shipp, District Court Judge, of the United States District Court of New Jersey, at the Clarkson S. Fisher Building and U.S. Courthouse, located at 402 East State Street, Room 2020, Trenton, New Jersey 08608, for an Order of the Court permitting the Atlantic County Democratic Committee to intervene in the above referenced matter pursuant to *F.R.C.P.* 24(b)(1)(B) in opposition to Plaintiffs' requested injunctive relief, or in the alternative, should the Proposed Intervenor's initial requested relief be denied, for permission to submit a brief as *amicus curiae* in the above matter pursuant to *F.R.C.P.* 29.

In support thereof, Proposed Intervenor Atlantic County Democratic Party intends to rely upon the Certification of its chairman, Michael Suleiman, and the Letter Brief enclosed herewith.

Oral argument is not requested unless this matter is opposed. Further, a Proposed Form of Order is enclosed with this submission.

Date: August 20, 2020        By:   s/RDH
                                   _____
                                   Robert D. Herman, Esq.
                                   New Jersey ID. No. 000911998
                                   Herman Law Offices, LLC
                                   222 New Road, Suite 106
                                   Linwood, NJ 08221
                                   (609) 601-8750
                                   Fax: (609) 454-0094
                                   rdhesq1@msn.com