Angelo J. Genova, Esq.
Rajiv D. Parikh, Esq.
Michael C. McQueeny, Esq.
Michael Mondelli III, Esq.
agenova@genovaburns.com
rparikh@genovaburns.com
mmcqueeny@genovaburns.com
mmondelli@genovaburns.com
**GENOVA BURNS LLC**
494 Broad Street
Newark, New Jersey 07102-3230
Telephone: (973) 533-0777

Marc E. Elias*
Emily R. Brailey*
Sarah R. Gonski*
Mary N. Beall*
MElias@perkinscoie.com
EBrailey@perkinscoie.com
SGonski@perkinscoie.com
MBeall@perkinscoie.com
**PERKINS COIE LLP**
700 Thirteenth St., N.W., Suite 800
Washington, D.C. 20005-3960
Telephone: 202.654.6200

*Counsel for DCCC*

*\* Motion for admission pro hac forthcoming*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., REPUBLICAN NATIONAL COMMITTEE, NEW JERSEY REPUBLICAN STATE COMMITTEE, | Case No. 3:20-cv-10753-MAS-ZNQ |

|  |  |
|---|---|
| Plaintiffs, | **NOTICE OF MOTION TO INTERVENE** |
| v. |  |
| PHILIP D. MURPHY, in his official capacity as Governor of New Jersey, TAHESHA WAY, in her official capacity as Secretary of State of New Jersey,<br><br>Defendants. |  |

**TO:**  Thomas R. McCarthy
Bryan Weir
Cameron T. Norris
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
Ph.: (703) 243-9423
Email: tom@consovoymccarthy.com

Michael L. Testa Jr.
TESTA HECK TESTA & WHITE P.A.
424 W. Landis Avenue
Vineland, NJ 08360
Ph.: (856) 691-2300
Email: mtestajr@testalawyers.com

**COUNSEL:**

**PLEASE TAKE NOTICE** that on September 21, 2020, at 9:00 a.m., or as soon thereafter as counsel may be heard, the undersigned attorneys for Proposed Intervenor DCCC will apply to the Honorable Michael A. Shipp, U.S.D.J., United State District Court, Clarkson S. Fisher Federal Building & U.S. Courthouse, 402

East State Street, Trenton, New Jersey 08608, for an Order granting DCCC's Motion to Intervene.

**PLEASE TAKE FURTHER NOTICE** that in support of said Motion, DCCC will rely upon the Brief in support thereof, and the Certification of Rajiv D. Parikh, Esq., with Attachment, submitted herewith.

**PLASE TAKE FURTHER NOTICE** that DCCC requests oral argument if this Motion is contested.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted herewith in accordance with Local Civil Rule 7.1(e)(1).

DATED: August 24, 2020       By: */s/        Rajiv D. Parikh*
                                 RAJIV D. PARIKH

**GENOVA BURNS LLC**
Angelo J. Genova, Esq.
Rajiv D. Parikh, Esq.
Michael C. McQueeny, Esq.
Michael Mondelli III, Esq.
agenova@genovaburns.com
rparikh@genovaburns.com
mmcqueeny@genovaburns.com
mmondelli@genovaburns.com
494 Broad Street
Newark, New Jersey 07102-3230
Telephone: (973) 533-0777

Marc E. Elias*
Emily R. Brailey*
MElias@perkinscoie.com

EBrailey@perkinscoie.com
PERKINS COIE LLP
700 Thirteenth St., N.W., Suite 800
Washington, D.C. 20005-3960
Telephone: 202.654.6200
Fax: 202.654.6211

Sarah R. Gonski*
SGonski@perkinscoie.com
Perkins Coie LLP
2901 North Central Avenue, Suite 2000
Phoenix, AZ 85012-2788
Telephone: 602.351.8000
Fax: 602.648.7037

Mary N. Beall*
MBeall@perkinscoie.com
Perkins Coie LLP
33 E. Main St., Ste 201
Madison, WI 53703-3095
Telephone: 606.294.4001
Fax: 608.663.7499
*Attorneys for DCCC*

*Application for pro hac vice forthcoming*