

Genova Burns LLC
494 Broad Street, Newark, NJ 07102
**Tel:** 973.533.0777  **Fax:** 973.533.1112
**Web:** www.genovaburns.com

Rajiv D. Parikh, Esq.
Partner
Member of NJ and NY Bars
rparikh@genovaburns.com
Direct:  973-535-4446

August 25, 2020

Honorable Zahid N. Quraishi, U.S.M.J.
United State District Court
District of New Jersey
Clarkson S. Fisher Federal Building & U.S. Courthouse
402 East State Street,
Trenton, New Jersey 08608

  **Re:** **Donald J. Trump For President, Inc., et al. v. Philip D. Murphy, et al.**
     **Civil Action No.: 20-10753 (MAS) (ZNQ)**

Dear Judge Quraishi:

  Our firm represents DCCC in the above-referenced matter. Pursuant to L. Civ. R. 101.1(c), please accept this letter and accompanying Proposed Order to admit the following attorneys to appear *pro hac vice* as co-counsel in the above-referenced matter. This application is made with the consent of Plaintiffs' counsel.

  a. Marc E. Elias, Esq.
  b. Sarah R. Gonski, Esq.
  c. Emily R. Brailey, Esq.
  d. Mary N. Beall, Esq.

  Furthermore, please accept the following certifications of admission and good standing and certification of local counsel as required by L. Civ. R. 101.1(c) as part of the application:

  a. Certification of Marc E. Elias, Esq. in Support of Application to Appear *Pro Hac Vice*
  b. Certification of Sarah R. Gonski, Esq. in Support of Application to Appear *Pro Hac Vice*
  c. Certification of Emily R. Brailey, Esq. in Support of Application to Appear *Pro Hac Vice*



     d.     Certification of Mary N. Beall, Esq. in Support of Application to Appear *Pro Hac Vice*

     e.     Certification of Rajiv D. Parikh, Esq. in Support of Applications for *Pro Hac Vice* Admission of Marc E. Elias, Esq., Sarah R. Gonski, Esq., Emily R. Brailey, Esq., and Mary Beall, Esq.

Thank you for Your Honor's time and consideration in this matter. I can be reached at 973-535-4446 should Your Honor have any questions.

Very truly yours,

**GENOVA BURNS LLC**

*s/ Rajiv D. Parikh*
RAJIV D. PARIKH

RDP/MM
Enclosures
c:     Angelo J. Genova, Esq. (via CM/ECF)
       Marc E. Elias, Esq. (via electronic mail)
       Thomas R. McCarthy (via CM/ECF)
       Michael L. Testa Jr. (via CM/ECF)