UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC.; REPUBLICAN NATIONAL COMMITTEE; NEW JERSEY REPUBLICAN STATE COMMITTEE,<br><br>Plaintiffs,<br><br>v.<br><br>PHILIP D. MURPHY, in his official capacity as Governor of New Jersey; TAHESHA WAY, in her official capacity as Secretary of State of New Jersey,<br><br>Defendants. | Case No. 3:20-cv-10753-MAS-ZNQ<br><br>**CERTIFICATION OF MARC E. ELIAS, ESQ. IN SUPPORT OF APPLICATION TO APPEAR AND PARTICIPATE** *PRO HAC VICE* |

Marc E. Elias, Esq. hereby certifies and says:

1. I am a partner with the law firm of Perkins Coie LLP, located at 700 Thirteenth Street, N.W., Washington, D.C. 20005.

2. I make this Certification in support of an application to appear and participate in the above-captioned matter *pro hac vice* on behalf of Proposed Intervenor-Defendant DCCC pursuant to L. CIV. R.101.1(c).

3. I am an attorney at law admitted in good standing to the following bars:

| Court | Year Admitted | Address |
|---|---|---|
| District of Columbia | 6/30/94 | 901 4th Street, NW, Washington, DC 20001 |

| Court | Date | Address |
|---|---|---|
| U.S. Supreme Court | 2/23/09 | 1 First Street NE, Washington, DC 20543 |
| U.S. Court of Appeals - D.C. Circuit | 1/4/95 | 333 Constitution Ave, NW Washington DC 20001 |
| U.S. Court of Appeals - 3rd Circuit | 3/15/2010 | James A. Byrne United States Courthouse<br>601 Market Street<br>Philadelphia, PA 19106 |
| U.S. Court of Appeals - 4th Circuit | 8/19/14 | Lewis F. Powell Jr. Courthouse & Annex<br>1100 East Main Street, Suite 501<br>Richmond, VA 23219 |
| U.S. Court of Appeals - 5th Circuit | 8/26/11 | 600 Camp Street<br>New Orleans, LA 70130 |
| U.S. Court of Appeals - 6th Circuit | 2016 | Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, Ohio 45202 |
| U.S. Court of Appeals - 7th Circuit | 5/8/2020 | Everett McKinley Dirksen U.S. Courthouse<br>219 S. Dearborn Street, Room 2722<br>Chicago, IL 60604 |
| U.S. Court of Appeals - 9th Circuit | 9/27/16 | 95 7th St.<br>San Francisco, CA 94103 |
| U.S. Court of Appeals - 10th Circuit | 6/17/99 | Byron White Court House<br>1823 Stout Street<br>Denver, CO 80257 |
| U.S. Court of Appeals - 11th Circuit | 9/26/17 | Elbert P. Tuttle Courthouse<br>56 Forsyth Street, NW<br>Atlanta, GA 30303 |
| U.S. District Court for the District of Columbia | 1/9/95 | 333 Constitution Ave, NW Washington DC 20001 |
| U.S. District Court for the Northern District of Florida | November 2015 | 111 N. Adams St<br>Tallahassee, Florida 32301 |
| U.S. District Court for the Eastern District of Michigan | 6/2/95 | Theodore Levin U.S. Courthouse<br>231 W. Lafayette Blvd.<br>Detroit, MI 48226 |
| U.S. District Court for the Western District of Wisconsin | 5/10/15 | 120 North Henry Street, Room 320<br>Madison, WI 53703 |

4. My firm, Perkins Coie LLP has been retained by DCCC to represent its interests in connection with this litigation. DCCC has come to our firm because we have substantial experience in election law and related litigation. My firm and I have extensive experience in all phases of litigation. I believe that my firm's expertise makes us particularly qualified to represent our client in the above-captioned matter.

5. I am not under suspension or disbarment by any court, nor are any disciplinary proceedings pending against me, nor has discipline previously been imposed against me.

6. I understand that if I am admitted to appear and participate *pro hac vice*:

   a. I shall abide by the rules governing the courts of the State of New Jersey, including all disciplinary rules;

   b. I shall consent to the appointment of the Clerk of the Supreme Court of the State of New Jersey as an agent upon whom service may be made for all actions against me and/or my firm that may arise out of my participation in connection with this matter;

   c. I shall notify this court immediately of any matter affecting my standing at the bar of any other court;

   d. I shall have all pleadings, briefs and other papers filed with the court signed by an attorney of record authorized to practice in this state;

   e. No delay in discovery, motions, trial or any other proceeding shall occur or be requested by reason of my inability to be in attendance; and

   f. Automatic termination of my *pro hac vice* admission will occur for my failure to make the required annual payment to the Ethics Financial Committee and the New Jersey Lawyers' Fund for Client Protection, proof of which payment shall be made by Certification to the Court no later than February 1st of each year.

7. Pursuant to L. Civ. R. 101.1(c), I shall make payment to the New Jersey Lawyer's Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a).

8. Pursuant to L. Civ. R. 101.1(c)(3), I shall make a payment of $150.00, payable to the Clerk, United States District Court.

9. I respectfully request that this Court grant this application on behalf of DCCC in the above-captioned matter to permit me to appear and participate *pro hac vice* on its behalf.

I certify under penalty of perjury that the foregoing statements made by me are true.

_____
Marc E. Elias, Esq.

Dated:   August 25, 2020