# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., REPUBLICAN NATIONAL COMMITTEE, NEW JERSEY REPUBLICAN STATE COMMITTEE, <br><br> Plaintiffs, <br> v. <br><br> PHILIP D. MURPHY, in his official capacity as Governor of New Jersey, TAHESHA WAY, in her official capacity as Secretary of State of New Jersey, <br><br> Defendants. | No. 3:20-cv-10753-MAS-ZNQ <br><br> **NOTICE OF MOTION TO INTERVENE PURSUANT TO RULE 24** |

**PLEASE TAKE NOTICE THAT,** upon the accompanying memorandum of law, the certification of B. John Pendleton, Jr. and the exhibits attached thereto, and all other pleadings and proceedings in this action, Defendant-Intervenors League of Women Voters of New Jersey and NAACP New Jersey State Conference, by and through their undersigned counsel, will move this Court on October 5, 2020, or as soon as counsel may be heard, before the Honorable United States District Judge Michael A. Shipp, located at Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Trenton, NJ 08608, Courtroom 5W, for an

Order granting Proposed Defendant-Intervenors' motion to intervene, granting the relief set forth in Proposed Defendant-Intervenors' accompanying proposed order, and granting such other and further relief that the Court deems proper. Proposed Defendant-Intervenors request oral argument on this motion.

| | |
|---|---|
| Dated: August 31, 2020 | /s/ *B. John Pendleton, Jr.* |

| | |
|---|---|
| Ryan P. Haygood<br>Andrea McChristian*<br>Henal Patel<br>rhaygood@njisj.org<br>amcchristian@njisj.org*<br>hpatel@njisj.org<br>**NEW JERSEY INSTITUTE FOR SOCIAL JUSTICE**<br>60 Park Place, Suite 511<br>Newark, New Jersey 07102<br>Telephone: (973) 624-9400 | B. John Pendleton, Jr.<br>Marc Silverman<br>Jenny X. Zhang<br>john.pendleton@dlapiper.com<br>marc.silverman@dlapiper.com<br>jenny.zhang@dlapiper.com<br>**DLA PIPER LLP (US)**<br>51 John F. Kennedy Parkway, Suite 120<br>Short Hills, New Jersey 07078-2704<br>Phone: (973) 520-2561 |

Danielle M. Lang*
Molly E. Danahy*
dlang@campaignlegal.org
mdanahy@campaignlegal.org
**CAMPAIGN LEGAL CENTER**
1101 14th Street. 4th Floor
Washington, DC 20005
Telephone: 202-736-2200

\* *Pro hac vice* applications forthcoming

*Counsel for Defendant-Intervenors LWVNJ
And NJ NAACP*