## HERMAN LAW OFFICES, LLC
_____

**222 NEW ROAD, SUITE 106**
**LINWOOD, NEW JERSEY 08221**

**ROBERT D. HERMAN**  (609) 601-8750
rdhesq1@msn.com  FAX 454-0094

August 31, 2020

Hon. Michael A. Shipp, U.S.D.J.
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Federal Building & U.S. Courthouse
402 East State Street
Trenton, NJ  08608

    re:    *Donald J. Trump for President, Inc. et al. v. Philip D. Murphy et al.*
            *Docket No. 3:20-cv-10753-MAS-ZNQ*

Dear Judge Shipp:

Please accept this submission in lieu of a more formal reply to Plaintiffs' October 28, 2020 motion response and Proposed Intervenor (Defendant) DCCC's submission of August 31, 2020.

Suffice to say, the issues presented to the Court in this matter are of particular import–perhaps even of the greatest importance–as voting is the bedrock of a participatory democracy.  And no sub-category in this collection ranks higher than a Presidential Election.

What matters here is not the method of transmission but the conveyance of ideas.

As noted in the DCCC's most recent submission, the DCCC and the Atlantic County Democratic Committee are coming from opposite ends of the organizational spectrum. The path may be the same but the view is different.

Accordingly, Proposed Intervenor Atlantic County Democratic Committee leaves Plaintiffs' request for a joint submission in the sound discretion of the Court.

                              Respectfully submitted,

                              s/RDH

                              Robert D. Herman, Esq.
                              Attorney for Defendant
                              N.J. Attorney ID. No. 000911998
                              (609) 601-8750
                              Fax: (609) 454-0094
                              rdhesq1@msn.com

cc:    All Counsel of Record (via CM/ECF)