HERMAN LAW OFFICES, LLC
ROBERT D. HERMAN, ESQ.
NEW JERSEY ATTORNEY ID. NO. 000911998
222 NEW ROAD, SUITE 106
LINWOOD, NJ 08221
rdhesq1@msn.com
(609) 601-8750
FAX: (609) 454-0094
ATTORNEY FOR DEFENDANT

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., REPUBLICAN NATIONAL COMMITTEE, NEW JERSEY REPUBLICAN STATE COMMITTEE,<br><br>Plaintiffs,<br><br>v.<br><br>PHILIP D. MURPHY, in his official capacity as Governor of New Jersey, TAHESHA WAY, in her official capacity as Secretary of State of New Jersey,<br><br>Defendants. | DOCKET NO. 3:20-cv-10753<br><br><br><br>~~PROPOSED~~ ORDER |

THIS MATTER having been brought to the attention of the Court by Robert D. Herman, Esquire, attorney for the Proposed Intervenor Atlantic County Democratic Committee, and Plaintiffs, having been represented by Thomas R. McCarthy, Esquire, of Consovoy McCarthy PLLC, and Michael L. Testa Jr., Esquire, of Testa Heck Testa & White, P.A., and Defendants, having been represented by the Office of the Attorney General of the State of New Jersey, Gurbir S. Grewal, Attorney General, and the submissions of the Parties having been considered, arguments heard, and otherwise for good cause shown;

IT IS ON THIS __1st__ DAY OF ~~AUGUST/~~SEPTEMBER, 2020, ORDERED THAT:

1. ~~Proposed Intervenor Atlantic County Democratic Committee's Motion to Intervene shall be and hereby is GRANTED.~~

1. Proposed Intervenor Atlantic County Democratic Committee's Motion to Intervene shall be and hereby is DENIED.

2. Proposed Intervenor Atlantic County Democratic Committee's alternate requested relief to submit a brief as amicus curiae shall be and hereby is GRANTED.

2. ~~Proposed Intervenor Atlantic County Democratic Committee's alternate requested relief to submit a brief as amicus curiae shall be and hereby is DENIED.~~

SO ORDERED.

_____
~~HON. MICHAEL A. SHIPP~~
ZAHID N. QURAISHI, U.S.M.J.