IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., REPUBLICAN NATIONAL COMMITTEE, NEW JERSEY REPUBLICAN STATE COMMITTEE,<br><br>Plaintiffs,<br><br>v.<br><br>PHILIP D. MURPHY, in his official capacity as Governor of New Jersey, TAHESHA WAY, in her official capacity as Secretary of State of New Jersey,<br><br>Defendants. | Honorable Michael A. Shipp, U.S.D.J.<br><br>No. 3:20-cv-10753 (MAS) (ZNQ)<br><br><br>**ORDER GRANTING DCCC'S MOTION TO INTERVENE** |

**THIS MATTER**, having been opened to the Court by Genova Burns, LLC, attorneys for Proposed Intervenors DCCC, by way of Motion to Intervene; and the Court, having reviewed and considered the papers submitted in support thereof, and in opposition thereto, if any; and good cause having been shown,

**IT IS** on this __1st__ day of __September__ 2020, **ORDERED**, as follows:

1. The DCCC's Motion to Intervene be, and hereby is, **GRANTED**.

2. DCCC is permitted intervene in this matter as a defendant and litigate any issues raised in the Complaint, as well as any other issues that may be raised by any other party.

DATED: __9/1__, 2020

Honorable Michael A. Shipp, U.S.D.J.
ZAHID N. QURAISHI, U.S.M.J.