Thomas R. McCarthy
Bryan Weir
Cameron T. Norris
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
Ph.: (703) 243-9423
Email: tom@consovoymccarthy.com

Michael L. Testa Jr.
TESTA HECK TESTA & WHITE P.A.
424 W. Landis Avenue
Vineland, NJ 08360
Ph.: (856) 691-2300
Email: mtestajr@testalawyers.com

*Counsel for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., REPUBLICAN NATIONAL COMMITTEE, NEW JERSEY REPUBLICAN STATE COMMITTEE,<br><br>Plaintiffs,<br><br>v.<br><br>PHILIP D. MURPHY, in his official capacity as Governor of New Jersey, TAHESHA WAY, in her official capacity as Secretary of State of New Jersey,<br><br>Defendants. | No. No. 3:20-cv-10753-MAS-ZNQ<br><br><br><br>CIVIL ACTION |

**CERTIFICATION OF JENNIFER L. ATHEY**

I, Jennifer L. Athey, Paralegal to Michael L. Testa, Jr., Esq., do hereby certify as follows:

1. On August 21, 2020, I personally addressed a service package, which contained the Summons and filed Complaint, to Gurbir S. Grewal, Attorney General for the State of New Jersey, and the individual authorized to accept service on behalf of the Defendant,

1

Governor Philip D. Murphy of New Jersey, in his official capacity. The service package was placed in the New Jersey Lawyers Service, LLC ("NJLS") drop box for pick-up.

2. The service package was picked-up from the NJLS drop box on August 23, 2020, as is evidenced by the confirmation of delivery, attached hereto as Exhibit A.

3. On August 24, 2020, the service package was delivered to the Attorney General's Office located at the R.J. Hughes Justice Complex, 25 Market Street, Trenton, NJ 08625 (Exhibit A).

4. New Jersey Court Rule 4:4-4(a)(7) provides that service may be effectuated:

> Upon the State of New Jersey, by registered, certified or ordinary mail of a copy of the summons and complaint or by personal delivery of a copy of the summons and complaint to the Attorney General

5. I declare under penalty of perjury that the foregoing is true and correct based upon my personal knowledge.

Dated: September 4, 2020

*Jennifer L. Athey* /s
Jennifer L. Athey, Paralegal to
Michael L. Testa, Jr., Esq.