# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# MINUTES OF PROCEEDINGS

**OFFICE:** TRENTON                                **DATE:** SEPTEMBER 8, 2020

**JUDGE MICHAEL A. SHIPP**

**COURT REPORTER:** CATHY FORD

**TITLE OF CASE:**                                **CIVIL ACTION #** 20-10753 (MAS)
DONALD J. TRUMP FOR PRESIDENT, INC., et al
            vs.
PHILIP D. MURPHY, et al

**APPEARANCES:**
Thomas McCarthy, Esq., Justin White, Esq., and Bryan Weir, Esq. on behalf of Plaintiffs
Assistant Attorneys General Joseph Fanaroff and Matthew Berns, and Deputy Attorneys General Susan Scott and Matthew Lynch on behalf of State Defendants
Raj Parikh, Esq. and Sarah R. Gonski, Esq. for Intervenor Defendant DCCC
Molly Danahy, Esq., Valencia Richardson, Esq., John Pendleton, Esq., Daniel Harkins, Esq., Jenny Zhang, Esq., Ryan Haygood, Esq., and Henal Patel, Esq. for Proposed Intervenor Defendants the League of Women Voters of New Jersey and the NAACP New Jersey State Conference

**NATURE OF PROCEEDINGS:**
Telephone Status Conference held.

Time commenced:   1:03 PM
Time Adjourned:   1:13 PM
Total Time:              10 min

                                                                                s/ Gina Hernandez-Buckley
                                                                                **DEPUTY CLERK**