Thomas R. McCarthy*
Bryan Weir*
Cameron T. Norris*
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
Ph.: (703) 243-9423
Email: tom@consovoymccarthy.com

Michael L. Testa Jr.
TESTA HECK TESTA & WHITE P.A.
424 W. Landis Avenue
Vineland, NJ 08360
Ph.: (856) 691-2300
Email: mtestajr@testalawyers.com

*Counsel for Plaintiffs*

\*   *Admitted pro hac vice*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., REPUBLICAN NATIONAL COMMITTEE, NEW JERSEY REPUBLICAN STATE COMMITTEE,<br><br>Plaintiffs,<br><br>v.<br><br>TAHESHA WAY, in her official capacity as Secretary of State of New Jersey,<br><br>Defendant. | No. 3:20-cv-10753-MAS-ZNQ<br><br>**PLAINTIFFS' MOTION FOR ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE** |

      Plaintiffs hereby move for an order to show cause why a preliminary injunction should not issue enjoining enforcement of New Jersey's new legislation authorizing (1) election officials to begin canvassing ballots 10 days before Election Day and (2) election officials to canvass ballots received up to 48 hours after Election Day that contain no postmark. *See* An Act Concerning the Establishment of Mail-in Ballot Drop Boxes Before Each Election and Vote-by-Mail Procedures for the November 2020 General Election, NJ LEGIS 72 §2(m) (2020) (codified at N.J. Stat. §19:63-31(m)). Those two provisions are preempted by a trio of statues that Congress passed to create a single, uniform Election Day. *See* 2 U.S.C. §§1, 7; 3 U.S.C. §1. This motion is based on the memorandum, declaration, and exhibits filed herewith, and the pleadings on file. Pursuant to Local Rule 65.1, an expedited posture is necessary for reasons provided in the declaration of Bryan Weir, attached hereto.

      Pursuant to the Court's September 14 order, counsel for Plaintiffs conferred with counsel for Defendant Tahesha Way and Intervenor-Defendant DCCC on a proposed briefing schedule for this motion. Counsel for Defendant and Intervenor-Defendant deferred agreeing to a briefing schedule pending review of this motion once it was filed. The parties anticipate updating the Court today with their views on a proposed briefing schedule.

Dated: September 16, 2020                              Respectfully submitted,

/s/ Michael L. Testa Jr.
Thomas R. McCarthy*
Bryan Weir*
Cameron T. Norris*
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
Ph.: (703) 243-9423
Email: tom@consovoymccarthy.com

Michael L. Testa Jr.
TESTA HECK TESTA & WHITE P.A.
424 W. Landis Avenue
Vineland, NJ 08360
Ph.: (856) 691-2300
Fax: (856) 691-5655
Email: mtestajr@testalawyers.com

*Admitted pro hac vice*