# Exhibit 4

# northjersey.com

SUSSEX

# 1,666 uncounted Sussex County ballots from July primary just found in 'mislabeled' bin

**Kyle Morel**　New Jersey Herald
Published 1:55 p.m. ET Sep. 14, 2020　|　Updated 5:05 p.m. ET Sep. 14, 2020

More than 1,600 Sussex County ballots from the July primary election were found last week and quickly counted, said Board of Elections Administrator Marge McCabe.

The ballots did not change the results of any races, McCabe said in a statement on Monday.

The 1,666 ballots cast in the July 7 primary had been placed in a "mislabeled" bin in a "secure area" at the board office and were not discovered until Thursday. After notifying the state Attorney General's office of the error, the remaining votes were counted Saturday and certified by the county clerk's office the same day.

It was not immediately known how many of the misplaced ballots belonged to each local race. However, according to the Board of Elections, the newly tallied votes "did not change the outcome of any Sussex County primary election in any race for any office, Republican or Democrat."

"The Board of Elections is confident that all ballots received have been processed and the security of all the ballots has remained in place," the statement read.

The mistake was perhaps the result of a unique election process caused by the COVID-19 pandemic, with a majority of county residents voting by mail and the Board of Elections temporarily relocating to count the votes.

McCabe and her staff set up shop at Sussex County Community College for the first time, as the college offered a larger area that allowed for more social distancing than the board office.

**2020 election:** Here are New Jersey election officials' biggest fears, concerns leading up to Nov. 3

**Mark your calendar:** Dates to remember if you plan to vote in the 2020 presidential election in NJ

**Voting:** New Jerseyans on parole and probation can register to vote in November election

Ttwo weeks after the primary, the county had received 28,062 mail-in ballots and an additional 2,126 provisional ballots for this year's elections.

The closest race came in the Republican primary in Hampton, where newcomer Ed Ramm Jr. came up 21 votes short of topping longtime Township Committee incumbent David Hansen, according to the July results.

Updated totals on the Board of Elections website showed Ramm receiving 460 votes, while Hansen — who has served on the committee since 1998 — received 480 votes. Mayor Phil Yetter, also a longtime member of the committee, secured 605 votes in the primary.

*Kyle Morel can also be contacted on Twitter: @KMorelNJH, on Facebook: Facebook.com/KMorelNJH, or by phone: 973-383-1292.*