# Exhibit 6

# -AMENDED-
## Official Primary Election Turnout
### July 7, 2020

| COUNTY | Total Number of Persons Entitled to Vote | Total Number Democratic Ballots Cast | Total Number Republican Ballots Cast | Total Number of Ballots Cast | Percent of Eligble Voters | Total Number of Ballots Rejected | Number of Election Districts |
|---|---|---|---|---|---|---|---|
| Atlantic | 191,882 | 30,541 | 18,853 | 49,394 | 26% | 555 | 151 |
| Bergen * | 384,895 | 104,253 | 38,604 | 142,857 | 37% | 5,130 | 561 |
| Burlington | 323,839 | 63,779 | 33,036 | 96,815 | 30% | 3,803 | 365 |
| Camden | 369,295 | 75,626 | 17,863 | 93,489 | 25% | 2,709 | 345 |
| Cape May | 72,199 | 9,639 | 13,071 | 22,710 | 31% | 643 | 127 |
| Cumberland | 89,731 | 13,888 | 7,899 | 21,787 | 24% | 557 | 92 |
| Essex * | 335,096 | 104,863 | 12,271 | 117,134 | 35% | 1,959 | 550 |
| Gloucester | 216,376 | 37,869 | 19,045 | 56,914 | 26% | 808 | 229 |
| Hudson | 383,591 | 74,139 | 7,378 | 81,517 | 21% | 6,285 | 456 |
| Hunterdon * | 66,708 | 15,753 | 16,190 | 31,943 | 48% | 811 | 116 |
| Mercer | 245,037 | 50,425 | 11,374 | 61,799 | 25% | 1,089 | 243 |
| Middlesex | 498,247 | 89,609 | 22,820 | 112,429 | 23% | 3,167 | 615 |
| Monmouth | 461,759 | 60,464 | 42,803 | 103,267 | 22% | 3,453 | 458 |
| Morris | 369,658 | 52,756 | 46,043 | 98,799 | 27% | 1,689 | 396 |
| Ocean | 413,396 | 43,469 | 58,990 | 102,459 | 25% | 1,745 | 413 |
| Passaic | 307,863 | 41,061 | 17,097 | 58,158 | 19% | 1,609 | 284 |
| Salem | 41,764 | 6,264 | 4,933 | 11,197 | 27% | 322 | 45 |
| Somerset | 244,095 | 39,588 | 21,586 | 61,174 | 25% | 1,128 | 265 |
| Sussex | 107,798 | 11,994 | 18,213 | 30,207 | 28% | 308 | 121 |
| Union | 353,739 | 73,973 | 16,695 | 90,668 | 26% | 2,452 | 431 |
| Warren | 81,435 | 9,405 | 12,892 | 22,297 | 27% | 623 | 89 |
| TOTAL | 5,558,403 | 1,009,358 | 457,656 | 1,467,014 | 26% | 40,845 | 6,352 |

* Bergen, Essex and Hunterdon counties do not include unaffiliated voters.

Results are amended based on additional information received by Burlington, Mercer and Union Counties after the results were certified on August 9, 2020

NJDOE-8/26/2020