# Exhibit 11

# Feds: Hoboken woman pleads guilty to promoting vote-by-mail fraud scheme

By **John Heinis** - November 8, 2018 2:01 pm

A Hoboken woman has pleaded guilty to promoting a vote-by-mail fraud scheme during the 2013 mayoral contest, U.S. Attorney Craig Carpenito announced.



By John Heinis/Hudson County View

Lizaida Camis, 55, of Hoboken, pleaded guilty before U.S. District Court Judge William J. Martini in Newark federal court to conspiracy to use mail to promote a voter bribery scheme during the 2013 municipal election in Hoboken, authorities said.

Camis, Dio Braxton, and others, at former Hoboken City Council candidate Frank Raia's direction, agreed to pay certain Hoboken voters $50 each if those voters applied for and cast mail-in ballots for the November 2013 Hoboken municipal election.

Raia, also a former mayoral candidate and chair for the North Hudson Sewerage Authority, and Braxton were indicted on vote-by-mail fraud on Halloween.

Camis and others allegedly provided these voters with vote-by-mail applications and then delivered the completed applications to the Hudson County Clerk's office.

After the mail-in ballots were delivered to the voters, Camis and others went to the voters' residences and, in some cases, instructed the voters to vote for a rent control referendum that Raia supported, officials said.

According to court documents, Camis, Braxton and others promised the voters that they would be paid $50 for casting their mail-in ballots and told them that they could pick up their checks after the election at Raia's office in Hoboken.

Bank records show that voters who interacted with Camis and Braxton received $50 checks from an entity associated with Raia, the Let the People Decide super PAC.

The conspiracy charge carries a maximum penalty of five years in prison and a $250,000 fine. Sentencing is scheduled for Feb. 21, 2019.

## Related Posts



Raia linked to PAC that paid Hoboken woman charged with vote-by-mail fraud



Raia gets early prison release due to COVID-19 concerns, will serve 3 weeks on house arrest



Hoboken politico Raia sentenced to 3 months in prison, gets $50k fine for VBM fraud



For third time, sentencing of Hoboken politico Raia, convicted of VBM fraud, postponed



Sentencing for Hoboken politico Frank Raia, convicted of vote-by-mail fraud, postponed

Sentencing for Hoboken man who pleaded guilty to 2013 VBM fraud postponed

**John Heinis**