# Exhibit 12

nj.com

AA

**You value local news. We need your support. Subscribe now »**

Advertisement

Hudson

# Raia sentenced to 3 months in prison for Hoboken cash-for-votes scheme

Updated Dec 02, 2019; Posted Dec 02, 2019

Case 3:20-cv-10753-MAS-ZNQ   Document 35-14   Filed 09/16/20   Page 3 of 4 PageID: 508



- Frank Raia Reena Rose Sibayan/Journal Photo  Reena Rose Sibayan | The Jersey Journal

254
shares

By **Ron Zeitlinger | The Jersey Journal**

Frank Raia, the Hoboken politico who orchestrated a vote-by-mail scheme while a city council candidate in 2013, was sentenced to three months in prison Monday.

The developer and one-time school board trustee was also ordered to one year of supervised released and fined $50,000 when he was sentenced in federal court. The sentencing of Dio Braxton, who pleaded guilty to conspiring with Raia, was postponed.

Advertisement

Raia was found guilty in June of paying residents — most of them living in public housing — $50 for their votes. At the time, Raia was running for an at-large seat on the Hoboken City Council. He finished seventh in a 10-person field for the three seats.

Raia, who is a developer, also ran unsuccessfully in a special election for mayor in November 2009, a few months after Peter Cammarano resigned.

Three others — Matt Calicchio, Lizaida Camis and William Rojas — all pleaded guilty to their roles in a cash-for-votes scheme in 2013 or 2015.

A number of witnesses testified at Raia's trial that they were told by Raia to offer $50 to low-income voters living in subsidized housing to cast their vote for the One Hoboken slate, as well as for a referendum that would have weakened rent control laws. Raia was a member of the One Hoboken slate.

Note to readers: if you purchase something through one of our affiliate links we may earn a commission.

## Around the web



Registration on or use of this site constitutes acceptance of our User Agreement, Privacy Policy and Cookie Statement, and Your California Privacy Rights (each updated 1/1/20).

© 2020 Advance Local Media LLC. All rights reserved (About Us).
The material on this site may not be reproduced, distributed, transmitted, cached or otherwise used, except with the prior written permission of Advance Local.

Community Rules apply to all content you upload or otherwise submit to this site.

Ad Choices

/