# Exhibit 15

September 15, 2020



| | Governor | Legislature | Local ▾ | National | Congress | Media | Power List |

Home  >  Campaigns  >  Evidence Of Massive Voter Fraud In Paterson Election, Court Records Show



Ballots left on the floor of an apartment building at 789 11th Avenue in Paterson, New Jersey, allegedly by Service. Photo courtesy of documents filed with the New Jersey Superior Court.

Case 3:20-cv-10753-MAS-ZNQ   Document 35-17   Filed 09/16/20   Page 3 of 7 PageID: 523
9/15/20, 3:05 PM
Evidence of massive voter fraud in Paterson election, court records show - New Jersey Globe

# Evidence of massive voter fraud in Paterson election, court records show

*Salmon: 'is impossible to tell with any reasonable certainty who actually won this election'*

By **David Wildstein**, June 14 2020 3:46 pm

Claiming systemic voter disenfranchisement, Bill McKoy has filed a legal challenge to the May 12 election in Paterson's 3rd Ward and wants a judge to order a new election.

McKoy, the incumbent, trails Alex Mendez by 240 votes after a recount in an election that has been tainted of widespread ballot tampering that has triggered investigations by state and federal law enforcement.

"In just a few weeks with limited resources, we have uncovered a deep and systemic problem with the way was conducted, at seemingly every level," said Scott Salmon, a lawyer for the McKoy campaign. "We are m with what appears to be a concerted effort to steal this election through a massive voter fraud program.

Nearly 900 votes that appear to have been mailed in bulk from three individual mailboxes, including more rubber-banded together form a mailbox in neighboring Haledon, have not yet been counted.

"As an elections lawyer, I can say with some expertise that voter fraud is extraordinarily rare, and it is prec is so rare that what happened in Paterson stands out like a sore thumb," Salmon said. "Ultimately, we beli impossible to tell with any reasonable certainty who actually won this election, and so we call on all other join us in demanding a new election, one that is fair, free, and results in a true expression of the will of the

McKoy says that 25% of voters in his ward were disenfranchised, something he calls "unacceptable."

"Every Paterson voter's voice should and must be heard in order to ensure a fair and open election proces "Many have given their life for our right to vote, so we must honor their sacrifices as we exercise our const elect our representatives."

A brief filed by Salmon says the election "was rife with nonfeasance, malfeasance, and straight up voter fr failure at every level, from the mailing of VBMs to their delivery, from the actual casting of the ballots to th same by the Board of Elections and their counting."

"The number of legal votes rejected and illegal votes accepted exceeds the number of votes separating the and thus are sufficient to change the result of the election," the filing states.

According to the court filing, YaYa Luis Mendez, a campaign worker for Alex Mendez, "confessed to investi on behalf of the (New Jersey Attorney General's) office to having stolen ballots out of mailboxes, both com uncompleted, on behalf of and at the direction of the Mendez campaign."

Mendez has been questioned by investigators about allegations that the Mendez campaign sole ballots, M alleges.

"This is how the Mendez campaign attempted to steal the Election, by stealing completed ballots over the to build up a database of signatures," the filing claims. "The Mendez campaign obtains copies of voter regi application forms to obtain signatures, as well as by making copies of candidate petitions with voter signa through his multiple runs for office since 2012."

McKoy's team says that once a signature database has been assembled, "individuals like Ms. Mendez, ste ballots, fill them out for the candidate of their choice (such as Mendez and those he supports), and mail th Board of Elections."

"It is impossible to know just how many ballots were stolen in this Election," McKoy claims. "Simply becau were caught does not mean that all were caught. Yet, given the number that were, in fact, rejected, far in e margin in the Election, it seems likely that there were many more of which we will never know for sure."

It's not immediately clear if YaYa Luis Mendez and Alex Mendez are related.

In an astonishing example of possible voter fraud, McKoy's team cites an instructional video prepared by ( prominent member of Mendez's campaign team, that shows Joaquin filling out a vote-by-mail ballot on be voter, Miquel Joaquin-Morillo.

Joaquin is show in the video showing how to vote for Ramon Joaquin in the 5th Ward, "but he is clearly hol Ward ballot with a vote for Mossieh Uddin, who had the same ballot position of 2A in the 1st Ward that Ra had in the 5th Ward."

"Joaquin clearly completes the ballot as well as seals the envelope without completing the assistor or bea court filing alleges. "Finally, Joaquin visibly seals the inner-envelope inside the outer envelope on-camera Joaquin does not demonstrate filling out the bearer portion of the ballot."



Snapchat video allegedly from Abu Ryazen shows stacks of vote-

Documents filed with the court alleg
Ryazen posted a video and photogra
ballot on social media.

Ryazen indicates on the Snapchat vid
ballots in his possession are for Coun
Khalique, who has a 1-vote lead in hi
election in the 2nd Ward.

"It is unclear whether all such ballots
Khalique. It is unclear whether Ryaze
collected the ballots and was unlawf
bearer of same or whether anyone s
and fraudulently completed them," tl
states. "In either case, there is subst
that there are an unknown number c
otherwise illegal ballots cast in the e

McKoy's legal filing claims that the B
"was notified of the video and photo
the ballots being opened on Election
they either failed or were unable to i
specific ballots and they were theref

"Given the number and variety of the
discrepancies and issues, far in exces
considered typical for Paterson, muc
New Jersey, we will never know for s
won the Election," McKoy's lawyers s

**Post Office Delivery of VBM ballots**

The New Jersey Globe has reported t
Postal Service left vote-by-mail ballo
areas of apartment buildings, rather
them to private mail boxes.

by-mail ballots in the May 12 all-VBM Paterson city council election.

McKoy's legal team cited several exa potential fraud, naming specific vote never received their ballot.

In some instances, those ballots were returned to the Board of Elections with signatures that did not mat

"One notable case is Eduardo R. Soriano, Jr., who stated that he never received a ballot and therefore neve somehow, upon information and belief, a ballot bearing his name was received by the Board of Elections, rejected due to a mismatched signature," the legal documents allege. "

McKoy's team says it's possible that ballots could have been stolen and forged.

"Simply because someone was caught attempting to forge Mr. Soriano's ballot does not mean that all suc ballots were caught, the court filing states.

The court filing also notes that 101 ballots from the 3rd Ward voters were delivered late "were delivered l fault of their own, but rather that of the USPS, and should therefore be counted."

Documents also allege several issues with bearer ballots, including one from the wife of Passaic County F Best.

"Freeholder Best brought the ballots inside while his wife waited in the car, signed the bearer book on beh their ballots upon the request of the Board of Elections employee present, and specifically asked if there else he needed to do," McKoy's team alleges. "Freeholder Best was informed that he had done everything Ms. Best's ballot was later rejected because the bearer portion of her ballot was incomplete, as Freehold signed it. As a result, even though Freeholder Best was told that the ballots were complete, Ms. Best's bal unlawfully rejected due to the Board of Elections' own failure in following the law."

The filing also documents 301 mismatched signatures in the 3rd Ward – more than the last three Paterso elections combined.

An addition 35 ballots were rejected even though voters filled them out in their own homes, the filing alleg

Among the bulk rejected ballots by the Board of Elections were those cast by Assembly Deputy Speaker B and his family.

"Wimberly dropped off his ballot, as well as that of his family members, at the post office on Ward Street

court documents show. "Yet the Wimberly family ballots were found among the 878 VBMs discovered bef which ballots were rejected by the Board of Elections."

McKoy's legal team claims that "at a minimum, the 552 VBMs discarded as part of the Bulk Reject Ballots, margin of victory in the Election, demonstrate that this was not a free and fair election."

"Even if all of these ballots were considered individually, we have no way of knowing which ballots, like the Assemblyman Wimberley, were legitimate, and which ballots were stolen from voters before they could co the filing said.

"Critically, for each voter whose ballot was unlawfully taken from them and "completed" on their behalf, it two-vote swing: one vote cast improperly for Mendez and another vote that should have gone to McKoy. Election Day has passed, the Court cannot recreate it," McKoy's legal team states.

Passaic County Board of Elections Chairman John Currie, who also chairs the state and county Democratic election day that the Federal Bureau of Investigation was on-site investigating the Paterson balloting.  Cu live-stream broadcast of the count and made his comments to other election officials.

Mendez, who ran for mayor in 2018, is a former at-large councilman and political rival of Mayor Andre Say conventional wisdom is that Mendez challenged McKoy to set up another run for mayor in 2022.

Last week, Mendez claimed city officials used police officers to "intimidate and abuse Hispanic voters" to McKoy keep his council seat.

"It would appear at this time that there is a systematic plan underway to disenfranchise a significant porti electorate, in order to benefit the incumbent candidate, who lost the election by 240 votes, even with the disqualified," said Gregg F. Paster, McKoy's attorney.  "If we are going to start going door to door questioni count every ballot, as was the intent of the Governor in ordering universal mail in voting for this election, a all 4,500 votes individually and see what the result is."

```
 1   JARDIM, MEISNER & SUSSER, P.C.
     Scott D. Salmon, Esq.
 2   NJ Bar ID 152162015
     30B Vreeland Road, Suite 100
 3   Florham Park, NJ 07932
```