# Exhibit 26

# How can we help?

Search for a topic

FAQs Home » Sending Mail & Packages » Mail & Shipping Services

## What are the Types of First-Class Mail®?  

First-Class Mail® service is the least expensive, most immediate options for mailing postcards, letters, large envelopes (flats), and parcels.

Jan 26, 2020 · FAQ

## Article Number

000003138

## Customer Information

Check the Expected Delivery Changes article for information on products and packages that may require more time for delivery.

| What are First-Class Mail® Service, First-Class Package Service-Retail®, and First-Class Package Service® Commercial? | USPS Tracking® and Other Extra Services |
|---|---|
| Basic Pricing | Weight and Size Standards for Mailing |

Feedback

## What are First-Class Mail®, First-Class Package Service-Retail®, and First-Class Package Service® Commercial?

*First-Class Mail*® service and First-Class Package Service-Retail® are the least expensive, most immediate options for mailing postcards, letters, large envelopes (flats), and parcels available to retail customers at retail pricing. Commercial pricing, which is discounted from retail pricing, is available for **First-Class Package Service® Commercial** as well as First-Class Mail service for customers with large volumes of mail and who are willing to invest time preparing and sorting mail.

Estimated delivery time is **one (1) to three (3) days** and begins on the date postmarked. In some instances (short distance between ZIP Codes™), it is possible for delivery to occur in one day. First-Class Mail is not a guaranteed service. Delivery by a specific date or at a specific time is not available.

First-Class Mail service, First-Class Package Service-Retail, and First-Class Package Service-Commercial are not eligible for refunds.

First-Class Mail (retail and commercial) and First-Class Package Service-Retail items are sealed against inspection. First-Class Package Service-Commercial items are not sealed against postal inspection. The United States Postal Service® may open First-Class Package Service-Commercial items to determine if proper postage was paid.

Back to Top

## USPS Tracking® and Other Extra Services

### Can I Track a First-Class Mail®, First-Class Package Service-Retail, or First-Class Package Service-Commercial Item?

USPS Tracking® is included at no charge for First-Class Package Service-Retail and First-Class Package Service-Commercial. Although First-Class Mail® postcards, letters, and flats are not eligible for USPS Tracking, those items are eligible for other extra services that provide barcodes for scanning. These extra services can be purchased, providing some tracking information.

### What Extra Services are these items eligible for?

"What Domestic Mail Extra Services are Available?" has a table of all the extra services and what mail classes are eligible for them.

### What can I do if my First-Class Mail, First-Class Package Service-Retail, or First-Class Package Service-Commercial item has not arrived?

If the expected item has not arrived after **five (5)** days from its date of mailing, you can document your mail loss complaint by emailing us or calling **1-800-ASK-USPS (1-800-275-8777)**.

If your mailpiece is located, it will be returned to you.

Back to Top

## Basic Pricing for First-Class Mail®, First-Class Package Service-Retail®, and First-Class Package Service® Commercial

| Retail Mail Rate | Commercial Mail Rates |
|---|---|
| First-Class Mail Postcard<br><br>- Single postcard: **$0.35**<br>- Stamped postcard: **$0.39** | First-Class Mail Postcard<br><br>- See Notice 123 for detailed prices |
| First-Class Mail Letter<br><br>- First ounce **$0.55**<br>- Each additional ounce: **$0.15** | First-Class Mail Letter<br><br>- See Notice 123 for detailed prices |
| First-Class Mail Flat (Large Envelope)<br><br>- First ounce is **$1.00**<br>- Each additional ounce: **$0.20** | First-Class Mail Flat (Large Envelope)<br><br>- See Notice 123 for detailed prices |
| First-Class Package Service-Retail Parcel<br><br>- First four ounces for Zones 1 & 2: **$3.80**<br>- Second four ounces for Zones 1 & 2 (from 4 oz to 8 oz): **$4.60**<br>- See Notice 123 for detailed prices | First-Class Package Service-Commercial Parcel<br><br>- First four ounces for Zones 1 & 2: **$2.74**<br>- Each additional ounce for Zones 1 & 2 (from 4 oz to 8 oz): **$3.21**<br>- See Notice 123 for detailed prices |
| ----- | First-Class Mail Metered Mail Letter<br><br>- First ounce **$0.50**<br>- Each additional ounce: **$0.15** |

The price of a First-Class Mail item varies depending on the type of mailing, the weight of the item, the size and shape of the mailing, how postage is paid, and whether it is subject to a nonmachinable surcharge. Zone, determined by the ZIP Code™ you are mailing from and the ZIP Code you're mailing to, is an additional factor for First-Class Package Service-Retail® and First-Class Package Service® Commercial prices. To determine the price of your specific First-Class Mail or First-Class Package Service-Retail item, go to the Postage Price Calculator. A Business Price Calculator is also available to determine prices for First-Class Package Service-Commercial.

Back to Top

## Weight and Size Standards for First-Class Mail®, First-Class Package Service-Retail®, and First-Class Package Service® Commercial

### Retail Mail

***First-Class Mail Postcards***

- Price is less than a one ounce letter. Uses a Postcard stamp.
- Size requirements:

- Minimum Size:  3½ inches by 5 inches
- Maximum Size:  4¼ inches by 6 inches
- Thickness:  0.007 inch to 0.016 inch
- Pieces that do not meet the minimum dimensions are nonmailable
- Postcards exceeding the size requirements are subject to letter-size pricing

### First-Class Mail Letters

- Price paid on a per ounce basis – based on First-Class Mail stamp price
    - Maximum Weight: 3.5 ounces – Additional ounces above one ounce have a separate per ounce price
- Size Requirements:
    - Minimum Size: 3½ inches by 5 inches
    - Maximum Size: 6⅛ inches by 11½ inches
    - Thickness: 0.009 inch to ¼ inch
- Pieces that do not meet the minimum dimensions are nonmailable
- Letters that do not meet certain size and shape requirements may also be charged a separate Nonmachinable Surcharge
- Pieces that exceed the maximum dimensions or weight are priced as Flat (Large Envelope) mailpiece

### First-Class Mail Flats (Large Envelopes)

- Price paid on a per ounce basis – based on the price of a First-Class Mail stamp
    - Maximum weight: 13 ounces – Additional ounces above one ounce have a separate per ounce price
    - Flats that are for the round-trip mailings of a disc and that weigh up to 2 ounces can be mailed at the postage price of a 1 ounce Flat. Round-trip mailing of a disc is mailing, under specific criteria, from a mailer who expects to receive the disc back from a subscriber.
    - Large Envelopes (Flats) that exceed 13 ounces are mailed at the Priority Mail® rate
- Size Requirements:
    - Minimum Size:  6⅛ inches by 11½ inches
    - Maximum Size:  12 inches by 15 inches
    - Thickness:  ¼ inch to ¾ inch
- Pieces that exceed any of the maximum dimensions or are rigid, nonrectangular, or not uniformly thick are mailed as First-Class Package Service-Retail parcels.

### First-Class Package Service-Retail Parcels

- Maximum weight: 13 ounces – Price based on weight and zone.
    - Parcels that exceed 13 ounces are mailed at the Priority Mail® rate
- Size Requirements:
    - Maximum Size: First-Class Package Service-Retail Parcels cannot measure more than 108 inches in length and girth combined.
- Pieces that exceed the maximum size requirements are mailed as USPS Retail Ground® parcels.

## Commercial Mail

Some qualifications for mailing at the commercial prices for First-Class Mail Service and First-Class Package Service-Commercial include:

Feedback

- Signing a customer commitment agreement
- Different prices are available for cards, letters, and flats compatible with different standards. To qualify for lower rates, mailpieces must meet specific presorting, addressing, barcoding, and design standards.
- For additional information on commercial mail, go to https://www.usps.com/business/business-shipping.htm.

### *First-Class Mail Postcards*

- Price is less than a one ounce letter. Uses a Postcard stamp.
- Size requirements:
    - Minimum Size: 3½ inches by 5 inches
    - Maximum Size: 4¼ inches by 6 inches
    - Thickness:  0.007 inch to 0.016 inch

### *First-Class Mail Letters*

- Price paid on a per ounce basis
    - Maximum Weight: 3.5 ounces – Additional ounces above one ounce have a separate per ounce price
- Size Requirements for Machinable First-Class Mail Letters:
    - Minimum Size: 3½ inches by 5 inches
    - Maximum Size: 6⅛ inches by 11½ inches
    - Thickness: 0.007 inch to ¼ inch

### *First-Class Mail Metered Mail*

- A price category for First-Class Mail letters that applies when metered postage (such as PC Postage) is affixed. This does **not** include regular stamps, such as postage purchased through a self-service kiosk. In addition:
    - Retail Metered Mail must also be single-piece.
- Commercial Metered Mail (for commercial mailers):
    - Prices would apply to residual pieces from automation or presorted FCM letter mailings, presented in letter trays.
    - Does not have a minimum volume (except for the minimum 200 pieces needed for permit imprint).
- When you are depositing Commercial Metered Mail, you do not need a minimum number of pieces for the nonpresorted portion when those residual pieces:
    - Are part of a permit imprint mailing for an automation or presorted mailing, and
    - Are claimed on the same postage statement as the primary mailing.

### *First-Class Mail Flats (Large Envelopes)*

- Price paid on a per ounce basis
    - Maximum weight: 13 ounces – Additional ounces above one ounce have a separate per ounce price
- Size Requirements:
    - Minimum Size:  6⅛ inches by 11½ inches
    - Maximum Size:  12 inches by 15 inches
    - Thickness:  ¼ inch to ¾ inch

### *First-Class Package Service-Commercial Parcels*

Feedback

- Maximum weight: 16 ounces – Price based on weight and zone
- Size Requirements:
    - Minimum Size:  For mailability, all pieces ¼ inch thick or less must be a minimum of 5 inches in length, 3½ inches in height, and 0.007 inch in thickness
    - Maximum Size: 22 inches in length, 18 inches in width, 15 inches in thickness
- Parcels are subject to a surcharge if they are irregularly shaped, such as rolls, tubes, and triangles
- The content of these parcels may not contain documents or personal correspondence unless it contains invoices, receipts, incidental advertising, and other documents related to merchandise contained in the parcels.

Back to Top

## Related Information

Sending Mail & Packages

Mail & Shipping Services

## Related Articles

Change of Address - The Basics

What is Package Pickup?

USPS Tracking® - The Basics

Are First-Class Mail International®, First-Class Package International Service®, and Priority Mail International® Services…

First-Class Mail International®

## Trending Articles

USPS Tracking® - The Basics

Missing Mail - The Basics

Where is my package?

Delayed mail and packages?

Informed Delivery® - The Basics

Feedback