Thomas R. McCarthy*
Bryan Weir*
Cameron T. Norris*
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
Ph.: (703) 243-9423
Email: tom@consovoymccarthy.com

Michael L. Testa Jr.
TESTA HECK TESTA & WHITE P.A.
424 W. Landis Avenue
Vineland, NJ 08360
Ph.: (856) 691-2300
Email: mtestajr@testalawyers.com

*Counsel for Plaintiffs*

\*  *Admitted pro hac vice*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., REPUBLICAN NATIONAL COMMITTEE, NEW JERSEY REPUBLICAN STATE COMMITTEE,<br><br>Plaintiffs,<br><br>v.<br><br>TAHESHA WAY, in her official capacity as Secretary of State of New Jersey,<br><br>Defendant. | No. 3:20-cv-10753-MAS-ZNQ<br><br>**CERTIFICATE OF SERVICE** |

1

I hereby certify that on September 16, 2020, I electronically filed the following pleadings on behalf of Plaintiffs:

1. Motion for Order to Show Cause Why a Preliminary Injunction Should Not Issue
2. Memorandum of Law in Support of Motion for Order to Show Cause Why a Preliminary Injunction Should Not Issue
3. Declaration of Bryan Weir
4. Exhibits 1 through 26
5. Proposed Order
6. This Certificate of Service

Notice of this filing will be sent by e-mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

Dated: September 16, 2020

*/s/ Michael L. Testa Jr.*
Michael L. Testa Jr.
TESTA HECK TESTA & WHITE P.A.
424 W. Landis Avenue
Vineland, NJ 08360
(856) 691-2300

*Counsel for Plaintiffs*