

## State of New Jersey

| | | |
|---|---|---|
| PHILIP D. MURPHY<br>*Governor* | OFFICE OF THE ATTORNEY GENERAL<br>DEPARTMENT OF LAW AND PUBLIC SAFETY<br>DIVISION OF LAW<br>25 MARKET STREET<br>PO BOX 112<br>TRENTON, NJ 08625-0112 | GURBIR S. GREWAL<br>*Attorney General* |
| SHEILA Y. OLIVER<br>*Lt. Governor* | | MICHELLE L. MILLER<br>*Director* |

September 16, 2020

Honorable Michael A. Shipp, USDJ
United States District Court for the District of New Jersey
Clarkson S. Fisher Building
& U.S. Courthouse
402 East State Street
Trenton, NJ 08608

   Re: Donald J. Trump for President, Inc., et al. v. Tahesha Way
     Civ. No.: 20-10753 (MAS-ZNQ)

Dear Judge Shipp:

  This office represents Defendant Tahesha Way in the above-referenced matter. We write with the consent of Plaintiffs and Intervenor-Defendants. Pursuant to Local Court Rule 7.2, Defendant requests leave to file an overlength brief of up to 50 pages in opposition to Plaintiffs' motion for preliminary injunctive relief.

  While recognizing that requests for overlength briefs are granted sparingly, this case warrants approval of such a request. The Court's ruling will have a significant bearing on a fundamental right of all New Jersey citizens – to have their ballots received and counted by the county boards of election. The Court's decision will directly impact the democratic process for electing officials at the local, state, and national level. The stakes of the case could not be higher and the Defendant wishes to raise a number of legal arguments as well as a significant amount of factual context before your Honor that require additional space to present fully.

  Thank you for your consideration.

          Sincerely,

          S/Matthew J. Lynch
          Matthew J. Lynch
          Deputy Attorney General

Cc: Counsel of Record (via CM/ECF)    So Ordered this 24th day of September, 2020.

                        _____
                        **Honorable Michael A. Shipp, U.S.D.J.**