**Exhibit 1**


**UNITED STATES POSTAL SERVICE**

July 8, 2020

Camden County BOE
100 University Ct
Blackwood NJ 08012

Dear Camden County BOE,

This letter serves as confirmation of the Postal Service's understanding that ballots delivered to election officials in New Jersey on July 8, 2020, with a postmarked date of July 8, 2020, were received by the Postal Service on or before July 7, 2020.

On the morning of July 8, 2020, the Postal Service's Eastern and Northeast Areas became aware of a number of ballots located at Postal Service delivery units for the July 7th New Jersey primary election that did not have postmarks. These ballots were postmarked at the delivery units with a July 8, 2020, date and were subsequently delivered to election officials on July 8.

Based on the Postal Service's operational processes, we believe ballots located at a delivery unit on the morning of July 8, and delivered later that same day, would have been received by the Postal Service on or before July 7, 2020.

Thank you,

*[signature]*

John Glenn
Postmaster Blackwood

**Exhibit 2**



(https://www.camdencounty.com/)

Home (https://www.camdencounty.com/)  »  General Election – November 3, 2020

# General Election – November 3, 2020

**Overview**

In light of the ongoing novel coronavirus (COVID-19) pandemic, Governor Phil Murphy signed P.L. 2020, c. 72, which makes significant changes to how the 2020 General Election will be conducted.

- To limit unnecessary exposure, the election will be conducted mostly by Vote by Mail Ballot
- There will be limited in-person polling places where voters can cast their vote by paper Provisional Ballots.
- Per the new law, you cannot vote in a machine at the polls (there will be an ADA accessible ballot marking devices available for voters that are unable to vote via paper ballot).

**Registering to Vote**

**In order to vote in this election, you must be registered by OCTOBER 13, 2020.**

- To confirm you are Registered, CLICK HERE (https://voter.svrs.nj.gov/registration-check)
- For New Registrations or to Update your registration information, CLICK HERE (https://www.camdencounty.com/service/voting-and-elections/register-to-vote/)

**Vote by Mail**

**The election will be conducted primarily by paper VOTE BY MAIL ballots.**

- All who are registered are automatically being sent VBM Ballots.
- Unless you have previously signed up to receive a Vote By Mail for all future elections, you will only be sent a ballot for this election.

**Schedule for Mailing Ballots**

- In Camden County, the initial mailing of ballots for voters registered before September 14th is as follows:
    - Mailing will begin being mailed the week of September 21st
    - All ballots will be in the mail by October 5th.
    - For efficiency, the larger municipalities will be mailed first while preparing the smaller mailings to be sent closer to the October 5th deadline.
    - If you do not receive your ballot by October 12th, you can CLICK HERE (https://www.camdencounty.com/service/voting-and-elections/request-replacement-vote-by-mail-ballot/) to request a replacement ballot
- All new registrations occurring after September 14th will be sent out shortly after registration.

**Returning Your Ballot**

**By Dropbox**

- There are 13 secure drop boxes located throughout Camden County in which you can drop off your ballot.
- Drop boxes are open 24 hours a day in well-lit locations and are under video surveillance.
- The drop boxes are open until the close of polls, 8:00pm on November 3, 2020
- For Drop Box locations, CLICK HERE (https://www.camdencounty.com/service/voting-and-elections/vote-by-mail-drop-boxes/)

**By Mail**

- The ballots are postage paid.
- They can be returned to any US Post Office or in a USPS mailbox.
- If it is close to the election, it is recommended that you ask the Post Office to hand cancel the envelope to assure it has a readable postmark.
- Ballots postmarked on or before Election Day will be counted if received by November 10, 2020.

**In-Person to Board of Elections**

- Ballots can be dropped to:

Camden County Board of Elections,

100 University Ct., Blackwood, NJ 08012.

Monday to Friday        8:30am to 4:30pm

Election Day            6:00am to 8:00pm

- Since you will be bearing your ballot, identification is required.
- If someone else transports your ballot, they must complete the Bearer portion of the Green return envelope.

In-Person to Polling Place on Election Day

- **Ballots can be dropped off at the voter's assigned polling location during polling hours.**
- **The voter must sign the poll book prior to depositing the ballot in the sealed ballot box.**
- **The voter can only return their own ballot; the voter cannot be the bearer of anyone else's ballot.**
- **The list of in-person polling places can be found HERE (https://www.camdencounty.com/service/voting-and-elections/polling-places/)**

Requesting a Replacement Ballot

- **If you do not receive your ballot, or it is damaged, not correctly voted or misplaced, you can request a replacement ballot by CLICKING HERE (https://www.camdencounty.com/service/voting-and-elections/request-replacement-vote-by-mail-ballot/)**

Tracking Your Ballot

To confirm that your ballot was received:

- **Login to the State of New Jersey's Public Access System (https://voter.svrs.nj.gov/auth/sign-in)**
    - **Your Voter ID Number may be needed to log if your Driver's License number does not work**
    - **Your Voter ID Number is a letter followed by 10 numeric digits and can be found:**
        - **On the Vote by Mail Certificate above your address**
        - **On your Sample Ballot**
        - **By calling the Board of Elections at (856) 401-8683**
        - **By calling the County Clerk at (856) 225-7219**
- **Click MAIL-IN BALLOT HISTORY**
- **Review BALLOT STATUS to confirm if it was received**

In-Person Voting

**If a voter chooses to vote in-person at the polls:**

- The polls will be open 6:00am to 8:00pm
- Voters will only be able to vote by paper **Provisional Ballot** at the Polls.  **You will not be able to vote in a machine.**
- There will be a reduced number of Polling Places – at least one Polling Place per municipality and a minimum of 50% of its Polling Places.  For polling places CLICK HERE (https://www.camdencounty.com/service/voting-and-elections/polling-places/)
- No Sample Ballots will be sent, but a card listing your polling place will be sent prior to the election to each registered voter.
- At each of the polling places, there will be an accessible voting machine to comply with the ADA.  To access the machine, the voter will need to certify, under the penalty of fraudulent voting, that they are unable to vote a paper ballot.

**Sample Ballots**

- Sample Ballots are available HERE (https://www.camdencounty.com/service/voting-and-elections/sample-ballots/)

**Results of the Election**

- All votes (Vote by Mail, Provisional, and ADA machine) will be included in the final vote tally.
- The Vote by Mail ballots are counted first and will be included in the Election Night Results at the close of polls.  Additional timely, valid Vote by Mail Ballots will be added to the results upon tallying.
- The ADA Machine tallies will be added to the results later on Election Day after the close of polls.
- Provisional ballots need to be verified to confirm that no Vote by Mail ballot was received, preventing the casting of multiple ballots, so they cannot be counted until all Vote by Mail ballots are received.  For this election, this means that the In-Person votes will be tallied last.

**Frequently Asked Questions**

**I normally vote at the polls. Why did I get a Vote by Mail Ballot?**
Because of the COVID-19 pandemic and to limit exposure, the Governor ordered the General Election to be conducted primarily by mail. Per the order, all active registered voters are automatically being sent a Vote by Mail ballot.

**Will my vote count if I Vote by Mail?**
If received timely, all ballots will be counted and included in the final results. As in every election, the Vote by Mail ballots will be counted first during Election Day, and because the Provisional ballots require verification to prevent casting multiple ballots, they must be counted last.

**If you have never applied to Vote by Mail, do I always have to vote by mail?**
No, this is a one-time event. If you do want to continue to receive ballots, you will need to complete a Vote by Mail application. For more Information and to access the Vote by Mail application, please visit our website www.camdencounty.com/vbm (https://www.camden-county.com/vbm).

**I have a disability that prevents me from voting by paper ballot. What ADA accommodations will be available?**
You can contact the County Clerk's Office to arrange to receive an accessible ballot or at each of the polling places, there will be an accessible voting machine. To access the machine, the voter will need to certify, under the penalty of fraudulent voting, that they are unable to vote a paper ballot.

**Will my party affiliation be identifiable on the ballot envelope?**
No, there is nothing on the envelope that will identify your political party affiliation.

**What is the difference between a Vote by Mail Ballots, Mail-In Ballots, and Absentee Ballots?**
There is no difference. While some people claim that there is a slight difference in how ballots are requested, in New Jersey, there is not a difference in how the ballots are processed and counted.

**If I put a stamp on the ballot return envelope, will it be sent first class instead of bulk mail and get there faster?**
Putting a stamp on the prepaid envelope will not change anything.  First, the prepaid envelopes are first class.  Second, regardless of the stamp, the barcodes on the ballot envelope will still send it to the PO Box through the same postal stream paths.

**Can I still vote at the polls?**
For those that wish to vote at the polls, there will be a limited number of polling places. At the polling places, voters will be able to vote by paper Provisional Ballot (which looks identical to this enclosed ballot). The notice of the location of your polling place will be mailed to you separately prior to the election.

## YOUR GOVERNMENT

Board of Freeholders (https://www.camdencounty.com/your-government/)

Services A-Z (https://www.camdencounty.com/services-a-z/)

Offices, Departments, Agencies (https://www.camdencounty.com/offices-departments-agencies/)

Open Public Records (OPRA) (https://www.camdencounty.com/open-public-records-opra/)

## NEWSLETTER SIGN UP:

Enter Email...

Get Informed!

## SERVICES AND PROGRAMS

Public Works (https://www.camdencounty.com/service/public-works/)

Veteran Services (https://www.camdencounty.com/service/county-clerk/veteran-services/)

Senior Services (https://www.camdencounty.com/service/senior-disabled-services/senior-services/)

Passport (https://www.camdencounty.com/service/county-clerk/passport-acceptance-agent/)

Employment (https://www.camdencounty.com/service/employment/)

## BOARD OF FREEHOLDERS

– OFFICE OF CONSTITUENT SERVICES

Courthouse, Suite 306 520 Market Street Camden, New Jersey 08102

1-866-CAMDENCOUNTY (1-866-226-3362)

freeholders@camdencounty.com (mailto:freeholders@camdencounty.com)

## LATEST TWEETS



It's #NationalVoterRegistrationDay (https://twitter.com/search?q=NationalVoterRegistrationDay)! Have you made a voting plan? Click below for everything you need to know about… https://t.co/9WNHZRZGsk (https://t.co/9WNHZRZGsk)

ABOUT 1 HOUR AGO (HTTP://TWITTER.COM/CAMDENCOUNTYNJ/STATUSES/1308406110169247744)

## GET SOCIAL WITH US

Facebook (https://www.facebook.com/camdencountynj/)

Twitter (https://twitter.com/camdencountynj)

Instagram (http://www.instagram.com/camdencountynj)

Copyright © 2019 Camden County.
All rights reserved

Terms & Privacy Policy (https://www.camdencounty.com/terms/)

**Exhibit 3**



(https://www.camdencounty.com/)

Home (https://www.camdencounty.com/)
» Voting and Elections (https://www.camdencounty.com/service/voting-and-elections/)  » Vote by Mail

# Vote by Mail

## Voting and Elections (https://www.camdencounty.com/service/voting-and-elections/) 

- 2020 General Election (https://www.camdencounty.com/service/voting-and-elections/2020-general-election/)

- Declare Party Affiliation (https://www.camdencounty.com/service/voting-and-elections/declare-party-affiliation/)

- Early Voting Center (https://www.camdencounty.com/service/voting-and-elections/early-voting-center/)

- Election Results (https://www.camdencounty.com/service/voting-and-elections/election-results/)

- Information for Candidates (https://www.camdencounty.com/service/voting-and-elections/candidate-information/)

- Military and Overseas Vote by Mail (https://www.camdencounty.com/service/voting-and-elections/military-overseas-vote-mail/)

- Polling Places (https://www.camdencounty.com/service/voting-and-elections/polling-places/)
- Register to Vote (https://www.camdencounty.com/service/voting-and-elections/register-to-vote/)
- Request Replacement Vote by Mail Ballot (https://www.camdencounty.com/service/voting-and-elections/request-replacement-vote-by-mail-ballot/)
- Sample Ballots (https://www.camdencounty.com/service/voting-and-elections/sample-ballots/)
- Vote by Mail (https://www.camdencounty.com/service/voting-and-elections/vote-by-mail/)
- Vote by Mail Drop Boxes (https://www.camdencounty.com/service/voting-and-elections/vote-by-mail-drop-boxes/)
- Vote by Mail List (https://www.camdencounty.com/service/voting-and-elections/vote-mail-list/)
- Voter Update (https://www.camdencounty.com/service/voting-and-elections/voter-update/)

In light of the ongoing novel coronavirus (COVID-19) pandemic, Governor Phil Murphy signed P.L. 2020, c. 72, which makes significant changes to Voting by Mail in the 2020 General Election..

Please see the 2020 General Election Information Page (https://www.camdencounty.com/2020-general-election/) for how this election will be conducted.

**THERE IS NO NEED TO APPLY FOR A VBM BALLOT –
ALL ACTIVE VOTERS WILL AUTOMATICALLY BE SENT A VBM BALLOT.**

**Below is general information about Vote by Mail for other elections.**

**Voting in New Jersey is easier than ever with the new Vote By Mail law.** A recent change to the NJ law now allows you to request ballots for all future elections. Apply once and receive a ballot for every election without having to re-apply. This law also makes persons that received a Vote By Mail Ballot in the 2016 General Election automatically enrolled to receive Vote By Mail Ballots in future elections.

If you would like to Vote by Mail, click on the application form below. Once this form is loaded, print the application and follow these instructions:

- Vote by Mail Application (/wp-content/uploads/2018/09/VBM-Application.pdf)
- Vote by Mail for Military and Overseas Voters (https://www.fvap.gov/)

If you will be receiving or have received a ballot and you want to vote in a voting machine at the polls on Election Day instead, you may complete this form (/wp-content/uploads/2018/09/Remove-from-VBM-Form.pdf) to be removed from the list.

**Important Information**

- You must be a registered voter in order to apply for a Mail-In Ballot.
- Once you apply for a Mail-In Ballot, you will not be permitted to vote by machine at your polling place in the same election.
- You will receive instructions with your ballot.
- Your Mail-In Ballot must be received by the County Board of Election before close of polls on Election Day or postmarked by Election Day and received within 48 hours.
- Do not submit more than one application for the same election.
- You may apply to receive a ballot for a single election or for all future elections.
- Warning: Your Vote By Mail application must be received by the County Clerk not later than 7 days prior to the election, unless you apply in person during the County Clerk's office hours up to 3:00 PM the day prior to the election. For more information, call (856) 225-7219.

**Vote By Mail Frequently Asked Questions**

What is Vote by Mail?

Vote by Mail has replaced Absentee Voting in the State of New Jersey. It allows a voter to vote without going to the polls on election day.

How is Vote by Mail different from Absentee Voting?

Vote by Mail still allows a voter to vote in any election without going to the polls. Now the voter also has the option of automatically receiving ballots for future elections.

Who can Vote by Mail?

Any registered voter can Vote By Mail. No reason is necessary to apply.

How do I apply for Vote by Mail?

You can apply by completing an application and sending it to the County Clerk. Voters may also apply for all future elections on a Voter Registration Form.

Where can I get an application for Vote by Mail?

You can get an application at:

- The County Clerk's Office (https://www.camdencounty.com/service/county-clerk/)
- Your Municipal Clerk's Office (https://www.camdencounty.com/your-government/municipalities-camden-county/)
- The County Store – Voorhees  (https://www.camdencounty.com/service/county-store/)

Where do I return the application?
You can return the application by mail, postage paid to the address on the application.
You can also hand deliver to: The Camden County Clerk's Office, Election Division – Camden County Elections and Archive Center, 100 University Court, Blackwood, New Jersey 08012

Do I have to pay for postage?

No, both the application and the ballot envelope are postage paid.

When do I have to apply to Vote by Mail?

Your application must be received by the Clerk' Office seven (7) days prior to the election. You can also apply in person to the County Clerk's Office up until 3:00 pm the day before the election.

What are the options under the new law?
Voters can choose to receive a ballot for a single election or receive ballots for all future elections.

I am on the list to receive ballots for all future elections, but I want to stop receiving them and go to the polls instead. How do I get off the list?
You will need to notify the County Clerk in writing. For your convenience, this form (/wp-content/uploads/2018/09/Remove-from-VBM-Form.pdf) can be used.

How do I get a replacement ballot because my first one was incorrectly voted, lost, torn or other reason?
You can request a replacement ballot from the County Clerk in writing. For your convenience, this form (/wp-content/uploads/2018/09/Replacement-Ballot-Form.pdf) can be used.

Can someone help me complete the application and ballot materials?

Yes, you can have someone help you. This person must complete the assistor section. However, you the voter must sign the application.

Can I fax or e-mail my application?

Only active duty military and voters residing overseas may apply by fax or e-mail. All other voters must apply in writing, with original signature.

If it is within seven days before the election, and I am not able to apply in person to the County Clerk, can someone else get my ballot?

Yes, you would need to complete the application, including the Authorized Messenger section. Your messenger would then apply to the County Clerk, obtain your ballot, and deliver it to you. Your messenger must be a family member or a registered voter in this county and cannot be a candidate on the ballot.

If I apply and receive a Vote by Mail ballot, can I vote at the polls instead?

If you did not receive or return your ballot, you may vote by provisional ballot at the polls.

If I Vote by Mail, will my vote be counted?

Yes, all votes are counted and included in the final official results.

Do I have to choose an option?

No, if you do not choose an option, you will receive a ballot for only the election you choose in Box #1.

Can I apply for someone else?

No, only the voter can apply. The application must have an original signature, as it appears in the poll books. State law does not allow Power of Attorney.

What if my signature has changed?

You can update your signature by contacting the Board of Elections Office at (856) 401-VOTE.

Click here for flyer download. (https://www.camdencounty.com/wp-content/uploads/2016/09/VOTE-BY-MAIL-FLYER-2018-V6.pdf)

(https://www.camdencounty.com/wp-content/uploads/2016/09/vote-by-mail.jpg)







## YOUR GOVERNMENT

Board of Freeholders (https://www.camdencounty.com/your-government/)

Services A-Z (https://www.camdencounty.com/services-a-z/)

Offices, Departments, Agencies (https://www.camdencounty.com/offices-departments-agencies/)

Open Public Records (OPRA) (https://www.camdencounty.com/open-public-records-opra/)

## NEWSLETTER SIGN UP:

Enter Email...

Get Informed!

## SERVICES AND PROGRAMS

Public Works (https://www.camdencounty.com/service/public-works/)

Veteran Services (https://www.camdencounty.com/service/county-clerk/veteran-services/)

Senior Services (https://www.camdencounty.com/service/senior-disabled-services/senior-services/)

Passport (https://www.camdencounty.com/service/county-clerk/passport-acceptance-agent/)

Employment (https://www.camdencounty.com/service/employment/)

## BOARD OF FREEHOLDERS

– OFFICE OF CONSTITUENT SERVICES

Courthouse, Suite 306 520 Market Street Camden, New Jersey 08102

1-866-CAMDENCOUNTY (1-866-226-3362)

freeholders@camdencounty.com (mailto:freeholders@camdencounty.com)

## LATEST TWEETS

It's #NationalVoterRegistrationDay (https://twitter.com/search?q=NationalVoterRegistrationDay)! Have you made a voting plan? Click below for everything you need to know about... https://t.co/9WNHZRZGsk (https://t.co/9WNHZRZGsk)

ABOUT 1 HOUR AGO (HTTP://TWITTER.COM/CAMDENCOUNTYNJ/STATUSES/1308406110169247744)

## GET SOCIAL WITH US

   Facebook (https://www.facebook.com/camdencountynj/)

   Twitter (https://twitter.com/camdencountynj)

 Instagram (http://www.instagram.com/camdencountynj)

Copyright © 2019 Camden County.
All rights reserved

Terms & Privacy Policy (https://www.camdencounty.com/terms/)