**Exhibit 1**



(http://www.co.ocean.nj.us/home2.aspx)

ELECTED OFFICIALS

# OFFICE OF THE OCEAN COUNTY CLERK

## ELECTION SERVICES



Find all of election and voter information for Ocean County in one convenient location. From voter registration information, petitions, to election night results, Feel free to contact us if you have any questions on election procedures that may not be listed here.

Find all of election and voter information for Ocean County in one convenient location. From voter registration information, petitions, to election night results, Feel free to contact us if you have any questions on election procedures that may not be listed here.

| | |
|---|---|
| 2020 General Election (frmElectionServices?page=primary) | |
| Important Info (frmElectionServices?page=impinfo) | Archives (frmElectionServices?page=archives) |
| Live Results (frmElectionServices?page=results) | Election Calendar (frmElectionServices?page=calendar) |
| Voter Info (frmElectionServices?page=voterinfo) | |

## NOVEMBER 3RD GENERAL ELECTION INFORMATION

**Considering the ongoing novel coronavirus (COVID-19) pandemic, Governor Murphy signed P.L. 2020, c. 72 which requires County Clerks to send all active registered voters a Vote by Mail Ballot for the November 3, 2020 General Election.Your options for voting are:**

Fill out the Vote by Mail Ballot you receive and return it:
- to the Board of Elections via USPS
- in person to Board of Elections
- in person at your polling place on Election Day
- drop your ballot in a secure ballot drop box - see locations (http://www.co.ocean.nj.us//WebContentFiles//344ec071-6d34-4d3c-a4bc-bb0d97eabc61.pdf)
- In addition, a limited number of polling places will be available on Election Day where you may cast a paper provisional ballot. Only disabled voters may cast a ballot on a voting machine.

Postage will be paid to return your ballot.
All Vote by Mail Ballots must be returned no later than 8PM on November 3rd, Election Day.

## CONTACT INFORMATION

Voter Registration Questions – Ocean County Board of Elections (http://www.co.ocean.nj.us/OC/Elections/) - (732) 929-2167
Vote by Mail Ballot Questions – Ocean County Clerk's Office (http://www.oceancountyclerk.com) - (732) 929- 2018
Polling Place Questions/Problems – Ocean County Board of Elections (http://www.co.ocean.nj.us/OC/Elections/) - (732) 929-2167 or
State of NJ Division of Elections (http://www.elections.nj.gov) – (609) 292-3760

**Check the Status of your Vote by Mail Ballot – Call 1-877-NJ-VOTER**

## IMPORTANT LINKS

🔗 **Track Your Vote by Mail Ballot (https://voter.svrs.nj.gov/auth/sign-in)**
🔗 **(<span class=)2020 Ocean County & Municipal Candidates General Election List (http://www.co.ocean.nj.us//WebContentFiles//58bca9b7-a456-4a5a-8820-5a6450c6f915.pdf)**
🔗 **2020 Ocean County School Board Candidates List (http://www.co.ocean.nj.us//WebContentFiles//08627b10-7a70-45b7-af53-85351207f076.pdf)**
🔗 **2020 Ocean County Sample Ballots (http://www.clerk.co.ocean.nj.us/frmElectionServices?page=archives)**
**2020 Ocean County Polling Locations (Coming Soon)**
🔗 **2020 Drop Box Locations (http://www.co.ocean.nj.us//WebContentFiles//344ec071-6d34-4d3c-a4bc-bb0d97eabc61.pdf)**
🔗 **2020 Federal Candidates List and Public Questions (https://nj.gov/state/elections/election-information-2020.shtml#general)**
🔗 **Voter Registration Form – (Deadline October 13th) (https://voter.svrs.nj.gov/register)**
**Vote by Mail Video (Coming Soon)**