Thomas R. McCarthy*
Bryan Weir*
Cameron T. Norris*
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
Ph.: (703) 243-9423
Email: tom@consovoymccarthy.com

Michael L. Testa Jr.
TESTA HECK TESTA & WHITE P.A.
424 W. Landis Avenue
Vineland, NJ 08360
Ph.: (856) 691-2300
Email: mtestajr@testalawyers.com

*Counsel for Plaintiffs*

\*   *Admitted pro hac vice*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., REPUBLICAN NATIONAL COMMITTEE, NEW JERSEY REPUBLICAN STATE COMMITTEE,<br><br>    Plaintiffs,<br><br>    v.<br><br>TAHESHA WAY, in her official capacity as Secretary of State of New Jersey,<br><br>    Defendant. | No. 3:20-cv-10753-MAS-ZNQ<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on September 28, 2020, I electronically filed the following pleadings on behalf of Plaintiffs

1. Reply Brief in Support of Motion for Preliminary Injunction
2. Declaration of Douglas J. Steinhardt
3. Declaration of David Huguenel
4. Declaration of Elissa Voccola

Notice of this filing will be sent by e-mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

Dated: September 28, 2020

/s/ Michael L. Testa Jr.
Michael L. Testa Jr.
TESTA HECK TESTA & WHITE P.A.
424 W. Landis Avenue
Vineland, NJ 08360
(856) 691-2300

*Counsel for Plaintiffs*