Angelo J. Genova
Rajiv D. Parikh
Michael Mondelli
AGenova@genovaburns.com
RParikh@genovaburns.com
mmondelli@genovaburns.com
**GENOVA BURNS LLC**
494 Broad Street
Newark, New Jersey 07102
Telephone: 973-533-0777
Fax: 973-533-1112

Marc E. Elias (*admitted pro hac vice*)
Kevin J. Hamilton (*admitted pro hac vice*)
Emily R. Brailey (*admitted pro hac vice*)
Sarah R. Gonski (*admitted pro hac vice*)
Mary N. Beall (*admitted pro hac vice*)
MElias@perkinscoie.com
KHamilton@perkinscoie.com
EBrailey@perkinscoie.com
SGonski@perkinscoie.com
MBeall@perkinscoie.com
**PERKINS COIE LLP**
700 Thirteenth St., N.W., Suite 800
Washington, D.C. 20005-3960
Telephone: 202.654.6200
    *Counsel for DCCC*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC.; et al.,<br><br>Plaintiffs,<br><br>v.<br><br>TAHESHA WAY,<br><br>Defendant,<br><br>and<br><br>DCCC,<br><br>Intervenor-Defendant. | Case No. 3:20-cv-10753-MAS-ZNQ<br><br><br><br><br><br><br><br>**ORDER TO SHOW CAUSE** |

**THIS MATTER** has been brought before the Court on the application of Intervenor-Defendant DCCC, for an Order, pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), dismissing the Amended Complaint of Plaintiffs Donald J. Trump For President, Inc., the Republican National Committee, and the New Jersey Republican State Committee (collectively "Plaintiffs") on an expedited basis; and upon the Brief submitted herewith in support; and for good cause shown;

**IT IS** on this _____ day of _____ 2020,

**ORDERED** that Plaintiffs **SHOW CAUSE** before this Court at Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Courtroom 5W, Trenton, NJ 08608, _____, 2020, at _____ am/pm, or as soon thereafter as counsel may be heard, why an Order should not be issued:

(1) Dismissing Plaintiffs' Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(1) for lack of standing; or

(2) Dismissing Plaintiffs' Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim; and it is further

**ORDERED** that Plaintiffs shall file and serve any opposition to DCCC's motion on or before _____, 2020; and it is further

**ORDERED** that any other party shall file and serve papers in support or in opposition to DCCC's motion on or before _____, 2020; and it is further

**ORDERED** that DCCC shall file and serve reply papers, if any, on or before _____, 2020.

_____
HON. MICHAEL A. SHIPP, U.S.D.J.