Angelo J. Genova
Rajiv D. Parikh
Michael Mondelli
AGenova@genovaburns.com
RParikh@genovaburns.com
MMondelli@genovaburns.com
**GENOVA BURNS LLC**
494 Broad Street
Newark, New Jersey 07102
Telephone: 973-533-0777
Fax: 973-533-1112

Marc E. Elias* (*Admitted pro hac vice*)
Kevin J. Hamilton*(*Admitted pro hac vice*)
Emily R. Brailey* (*Admitted pro hac vice*)
Sarah R. Gonski* (*Admitted pro hac vice*)
Mary N. Beall* (*Admitted pro hac vice*)
MElias@perkinscoie.com
KHamilton@perkinscoie.com
EBrailey@perkinscoie.com
SGonski@perkinscoie.com
MBeall@perkinscoie.com
**PERKINS COIE LLP**
700 Thirteenth St., N.W., Suite 800
Washington, D.C. 20005-3960
Telephone: 202.654.6200
    *Counsel for DCCC*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC.; et al.,<br><br>               Plaintiffs,<br><br>  v.<br><br>TAHESHA WAY,<br><br>               Defendant,<br><br> and<br><br> DCCC,<br><br>              Intervenor-Defendant. | Case No. 3:20-cv-10753-MAS-ZNQ<br><br>**[PROPOSED] ORDER GRANTING INTERVENOR-DEFENDANT DCCC'S MOTION TO DISMISS** |

2

**THIS MATTER** having been opened to the Court by Intervenor-Defendant DCCC, by way of Order to Show Cause seeking expedited dismissal of Plaintiffs' Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6); and the Court, having considered the papers submitted in support thereof and in opposition thereto, if any; and good cause having been shown,

**IT IS** on this _____day of _____, 2020, **ORDERED**, as follows:

1. DCCC's Motion to Dismiss (ECF No. \_\_\_\_) is **GRANTED**.

2. Plaintiffs' Amended Complaint is **DISMISSED**.

        HON.  MICHAEL A. SHIPP
        UNITED STATES DISTRICT JUDGE