## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC.; et al., <br><br> Plaintiffs, <br><br> v. <br><br> PHILIP D. MURPHY, et al., <br><br> Defendants, <br> and <br><br> DCCC, <br><br> Intervenor-Defendants. | Case No. 3:20-cv-10753-MAS-ZNQ <br><br> **CERTIFICATION OF SERVICE** |

I hereby certify that on October 2, 2020, I electronically filed the following pleadings on behalf of Intervenor-Defendant DCCC:

1. Brief in Support of Order to Show Cause and Motion to Dismiss Plaintiffs' Amended Complaint;

2. Order to Show Cause;

3. Proposed Order; and

4. This Certification of Service.

Notice of this filing will be sent by e-mail to all counsel of record by operation of the Court's electronic filing system. Parties ay access this filing through the Court's CM/ECF system.

Dated: October 2, 2020                By: *s/ Rajiv D. Parikh*
                                          RAJIV D. PARIKH
                                          Genova Burns LLC
                                          494 Broad Street
                                          Newark, New Jersey 07102