UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

DONALD J. TRUMP FOR PRESIDENT, INC., et al.,

        Plaintiffs,

v.

TAHESHA WAY, in her official capacity as Secretary of State of New Jersey

        Defendant.

Civil Action No. 20-10753 (MAS) (ZNQ)

**ORDER**

This matter comes before the Court upon Plaintiffs Donald J. Trump for President, Inc., Republican National Committee, and New Jersey Republican State Committee's (collectively, "Plaintiffs") Motion for an Order to Show Cause (ECF No. 35). Defendant Secretary of State Tahesha Way and Defendant-Intervenors DCCC, League of Women Voters of New Jersey, and NAACP New Jersey Conference opposed (ECF Nos. 57, 58, 59), and Plaintiffs replied (ECF No. 63). The Court has carefully considered the parties' submissions, as well as the submissions of amicus curiae, and decides the matter without oral argument pursuant to Local Civil Rule 78.1. For the reasons set forth in the accompanying Memorandum Opinion,

**IT IS** on this 6th day of October 2020 **ORDERED** that Plaintiffs' Motion for an Order to Show Cause (ECF No. 35) and request for a preliminary injunction are **DENIED**.

/s/ Michael A. Shipp
**MICHAEL A. SHIPP**
**UNITED STATES DISTRICT JUDGE**