HERMAN LAW OFFICES, LLC
ROBERT D. HERMAN, ESQ.
NEW JERSEY ATTORNEY ID. NO. 000911998
222 NEW ROAD, SUITE 106
LINWOOD, NJ  08221
rdhesq1@msn.com
(609) 601-8750
FAX: (609) 454-0094
COUNSEL FOR *AMICUS CURIAE*
ATLANTIC COUNTY DEMOCRATIC COMMITTEE

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **DONALD J. TRUMP FOR PRESIDENT, INC., REPUBLICAN NATIONAL COMMITTEE, NEW JERSEY REPUBLICAN STATE COMMITTEE,** | **DOCKET NO. 3:20-cv-10753** |
| **Plaintiffs,** | |
| **v.** | **CERTIFICATION OF SERVICE** |
| **PHILIP D. MURPHY, in his official capacity as Governor of New Jersey, TAHESHA WAY, in her official capacity as Secretary of State of New Jersey,** | **(ELECTRONICALLY FILED)** |
| **Defendants.** | |

## CERTIFICATION OF SERVICE

I hereby certify that on October 12, 2020, *Amicus Curiae* Atlantic County Democratic Committee's Brief in Support of Intervenor-Defendant DCCC's Order to Show Cause and this Certification of Service were electronically filed with the Clerk of the United States District Court and that a copy of these documents has been served via ECF on the following:

All Counsel of Record.

Date: October 12, 2020         By:    /s/ Robert D. Herman

Robert D. Herman, Esq.
New Jersey ID. No. 000911998
Herman Law Offices, LLC
222 New Road, Suite 106
Linwood, NJ 08221
(609) 601-8750
Fax: (609) 454-0094
rdhesq1@msn.com