**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

DONALD J. TRUMP FOR PRESIDENT, INC., et al.,

    Plaintiffs,

v.

TAHESHA WAY, in her official capacity as Secretary of State of New Jersey,

    Defendant.

Civil Action No. 20-10753 (MAS) (ZNQ)

**ORDER**

This matter comes before the Court upon Defendant-Intervenor DCCC's Motion for an Order to Show Cause (ECF No. 71) seeking expedited dismissal of Plaintiffs Donald J. Trump for President, Inc. ("DJTFP"), the Republican National Committee ("RNC"), and the New Jersey Republican State Committee's ("NJGOP") (collectively, "Plaintiffs") Amended Complaint (ECF No. 33). Plaintiffs opposed. (ECF No. 77.) Defendant Secretary of State Tahesha Way supported DCCC's Motion. (ECF No. 78.) DCCC replied (ECF No. 81.) The Court has carefully considered the parties' submissions and decides the matter without oral argument pursuant to Local Rule 78.1.

**IT IS** on this 22nd day of October 2020 **ORDERED** that DCCC's Motion to Dismiss (ECF No. 71) is **GRANTED**.

                                                                                 **MICHAEL A. SHIPP**
                                                                                 **UNITED STATES DISTRICT JUDGE**