## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**DONALD J. TRUMP FOR PRESIDENT, INC., et al.,**

Plaintiffs,

v.

**PHILIP D. MURPHY, et al.,**

Defendants.

Civil Action No. 20-10753 (MAS) (ZNQ)

**ORDER**

This matter comes before the Court upon non-parties the Labor and Employment Committee of the National Lawyers Guild  and the International Committee of the National Lawyers Guild's ("NLG") (ECF No. 64), Rutgers International Human Rights Clinic's ("Rutgers") (ECF No. 67), and Hirsh Singh's ("Singh") (ECF No. 73) Motions for Leave to File a Brief as Amici Curiae (the "Motions"). The Motions are decided without oral argument pursuant to Local Rule 78.1(b). Based on the Court's October 22, 2020 Memorandum Opinion (ECF No. 85) and accompanying Order (ECF No. 86) granting Defendant-Intervenor DCCC's Motion for an Order to Show Cause seeking expedited dismissal of the Complaint (ECF No. 71), and for other good cause shown,

**IT IS** on this 23rd day of October, 2020 **ORDERED** that:

1. NLG's Motion (ECF No. 64) is **DENIED as moot**;

2. Rutgers' Motion (ECF No. 67) is **DENIED as moot**; and

3.  Singh's Motion (ECF No. 73) is **DENIED as moot**.

                                          s/ Zahid N. Quraishi

                                _____

                                **ZAHID N. QURAISHI**
                                **UNITED STATES MAGISTRATE JUDGE**